**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Project Pizza Polk LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Fiorella Polk** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1468401** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2238 Polk Street**<br>**San Francisco, CA 94109**<br>Number, Street, City, State & ZIP Code | **1185 Rhode Island Steet**<br>**San Francisco, CA 94107**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  **https://www.fiorella-sf.com/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7225

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | | Case number, if known | |
| | | When | | |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2025**
_____
MM / DD / YYYY

**X** **/s/ Boris Nemchenok**
_____
Signature of authorized representative of debtor

**Boris Nemchenok**
_____
Printed name

Title    **CEO of Manager**
_____

**18. Signature of attorney**

**X** **/s/ Matthew D. Metzger**
_____
Signature of attorney for debtor

Date **July  2, 2025**
_____
MM / DD / YYYY

**Matthew D. Metzger 240437**
_____
Printed name

**Belvedere Legal, PC**
_____
Firm name

**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
_____
Number, Street, City, State & ZIP Code

Contact phone    **415-513-5980**        Email address   **info@belvederelegal.com**
_____              _____

**240437 CA**
_____
Bar number and State

| Debtor | **Project Pizza Polk LLC** | Case number (*if known*) | |
| | Name | | |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (*if known*) _____ Chapter __11__

☐ Check if this is an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Project Pizza Sunset LLC** | Relationship to you | **Affiliate** |
| District | **United States Bankruptcy Court, Northern District of California (SF)** | When **4/01/25** | Case number, if known | **2025-bk-30258 HLB 11** |
| Debtor | **Project Pizza, LLC** | Relationship to you | **Affiliate** |
| District | **United States Bankruptcy Court, Northern District of California (SF)** | When **5/20/25** | Case number, if known | **2025-bk-30397 HLB 11** |

# PROJECT PIZZA POLK LLC
# RESOLUTION OF MEMBERS

WHEREAS, Project Pizza Polk LLC ("Project Pizza Polk") operates as a full- service Italian restaurant and bar in San Francisco, California. Project Pizza Polk is managed by The Avenues Hospitality Group, Inc. (the "Manager").

WHEREAS, after careful deliberations, the Manager and a majority of the members of Project Pizza Polk determined that it is in the best interest of Project Pizza Polk to proceed with a case under chapter 11, subchapter V, of the Bankruptcy Code.

NOW, THEREFORE, on July 1, 2025, the following resolutions were presented, deliberated, and adopted by the Manager and a majority of the members of Project Pizza Polk:

RESOLVED, that Project Pizza Polk shall to take all steps necessary or appropriate to file and prosecute a case under chapter 11, subchapter V, of the Bankruptcy Code;

RESOLVED, that Boris Nemchenok is authorized and directed to execute and deliver all documents necessary to perfect the filing of a case under chapter 11, subchapter V, of the Bankruptcy Code;

RESOLVED, that Boris Nemchenok is authorized and directed to appear in all bankruptcy proceedings on behalf of Project Pizza Polk and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Project Pizza Polk in connection with such bankruptcy case; and

RESOLVED, that Boris Nemchenok is authorized and directed to employ Belvedere Legal, PC. and its attorney Matthew D. Metzger Esq. to represent Project Pizza Polk in such bankruptcy case.

Executed at San Francisco, California this 1st day of July, 2025.

**THE AVENUES HOSPITALITY GROUP, INC**.

By:_____
Boris Nemchenok
Chief Executive Officer

Boris Nemchenok
Member

Edward Shapiro
Member

Brandon Gillis
Member

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 2, 2025**     X */s/ Boris Nemchenok*
                                        Signature of individual signing on behalf of debtor

                                        **Boris Nemchenok**
                                        Printed name

                                        **CEO of Manager**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Project Pizza Polk LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alfredo Rivera<br>161 Margaret Avenue<br>San Francisco, CA 94112 | | | | | | $3,461.54 |
| Alsco<br>Attn: Current Officer<br>1575 indiana<br>San Francisco, CA 94107 | | | | | | $4,237.29 |
| Autochlor<br>Attn: Current Officer<br>971 25th Street<br>San Francisco, CA 94107 | | | | | | $4,972.14 |
| Bear Bottom Frms, Inc.<br>Attn: Current Officer<br>508 De Carlo Avenue<br>Richmond, CA 94801 | | | | | | $3,466.40 |
| Brayan Bamaca<br>142 London Street<br>San Francisco, CA 94112-2053 | | active employee | | | | $3,415.07 |
| California Depart of Tax & Fee Admin.<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | | | Disputed | | | $57,960.70 |

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 9 of 161

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Celtic Bank Corporation Attn: Tim McGoff, Reg. Agent 9939 Hibert Street, Suite 209 San Francisco, CA 94105 | | loan agreeement with unperfected security interest | | | | $9,553.00 |
| Cooks Company Attn: Current Officer 1942 Jerrold Ave. San Francisco, CA, CA 94124 | | | | | | $28,317.41 |
| Individual Foodservice Attn: Current Officer 5496 Lindbergh Lane, Bell, CA 90201 | | | | | | $4,639.43 |
| inKind Cards, Inc. Attn: Current Officer 610 W. Live Oak Street Austin, TX 78704 | | Blanket Lien on Debtor's Assets: "All of Debtor's present and future accounts, receivables, chattel paper, deposit accounts, personal property, goods, | Contingent Disputed | $86,309.00 | $0.00 | $86,309.00 |
| JPMorgan Chase Bank, N.A. Attn: Jamie Dimon, CEO 1111 Polaris Pkwy Columbus, OH 43240 | | | | | | $14,398.56 |
| JPMorgan Chase Bank, N.A. Attn: Jamie Dimon, CEO 1111 Polaris Pkwy Columbus, OH 43240 | | overdrawn balance on acount X6672 | | | | $6,799.14 |
| Lettieri & Co. Attn: Current Officer 120 Park Ln, Brisbane, CA 94005 | | | | | | $7,756.59 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lightspeed Capital, Inc.** **Attn: Current Officer** **575 Lexington Ave, Suite 4005** **New York, NY 10022** | | contingent and disputed because merchant cash advance party describes disguised loan as a sales agreement for purchase of future receivables. Claim s | **Contingent** **Disputed** | | | $181,252.00 |
| **optimum Green Cleaning** **Attn: Current Officer** **350 Industrial Way, Brisbane, CA 94005** | | | | | | $20,670.00 |
| **Pacific Gourmet** **Attn: Current Officer** **380 Valley Drive** **Brisbane, CA 94005** | | | | | | $3,162.20 |
| **Parafin, Inc. (aka DoorDash)** **Attn: Current Officer** **301 Howard Street, Suite 1500** **San Francisco, CA 94105** | | contingent and disputed because merchant cash advance party describes disguised loan as a sales agreement for purchase of future receivables. Claim s | **Contingent** **Disputed** | | | $74,861.05 |
| **Polk & Green Investments, L.P.** **Attn: Managing Partner** **3951 Franke Lane** **Lafayette, CA 94549** | | 1 month lease payment: $11,000 property tax payment obligation:  TBD | | | | $11,000.00 |
| **Retail Capital LLC dba Credibly** **Attn: Managing Member** **25200 Telegrpah Rd. #350** **Southfield, MI 48033** | | Blanket Lien on Debtor's Assets. contingent and disputed because merchant cash advance party describes disguised loan as a sales agreement for purcha | **Contingent** **Disputed** | $232,477.39 | $0.00 | $232,477.39 |
| **RNDC (Republic National Distributing Co)** **Attn: Current Officer** **PO Box743564** **Los Angeles, CA 90074** | | | | | | $4,378.76 |

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 11 of 161

**Fill in this information to identify the case:**

Debtor name   **Project Pizza Polk LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $     **206,216.86**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $     **206,216.86**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **318,786.39**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $     **46,336.74**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$     **688,695.40**

4. Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b        $     **1,053,818.53**

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 12 of
161

Debtor name **Project Pizza Polk LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase account X1232** | **Checking** | **1232** | **$31,055.87** |
| 3.2. | **Chase account X6672 (balance overdrawn: -$6,799.14)** | **Checking** | **6672** | **$0.00** |
| 3.3. | **Chase savings account X6980** | **Savings** | **6980** | **$301.50** |
| 3.4. | **ADP payroll processing clearing acocunt balance** | **payroll processing clearing acocunt balance** | | **$345.25** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $31,702.62 |
   |---|

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 13 of 161

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **$9,000.00 - lease security deposit.**                                              $9,000.00

7.2.    **equipment deposit**                                                                $1,430.00

7.3.    **other equipment deposits**                                                        $63,071.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    **prepaid insurance:  $15,756.32
- zero fair market resale value.**                                                           $0.00

8.2.    **Advance deposits to Fiorella Comissary, Inc., before receipt of services from Fiorella
Comissary, Inc**                                                                            $41,970.39

8.3.    **Advance deposits to Debtor's management before receipt of services from Debtor's
managment**                                                                                  $4,315.28

8.4.    **Prepaid loan insterest anf fees listed on balance sheet at $15,756.32 but no known fair
market value. Thus, listed at $1**                                                              $1.00

8.5.    **Prepaid other expenses listed on balance sheet at $1,110.94 but no known market
value.**                                                                                        $1.00

**9.    Total of Part 2.**                                                               | $119,788.67 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **30,740.00** | - | **0.00** | = .... | $30,740.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **42,935.15** | - | **38,641.64** | = .... | $4,293.51 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 26,974.67 | - | 24,277.20 | = .... | $2,697.47 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $37,730.98 |
|---|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials perishable inventory - listed on balance sheet at $26,939.60 but zero resale value** | **5/31/2025** | **Unknown** | **Recent cost** | **$0.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Dodge Promaster Van. Listed on balance sheet at $4,815.47 but legal title to vehicle is held by Fiorella Commissary, inc. Thus, valued at $0.00.** | **$0.00** | **N/A** | **$0.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| True 48'' Sandwich Prep | **$650.00** | | **$650.00** |
| Mara Forni Pizza Oven | **$2,338.00** | **Liquidation** | **$2,338.00** |
| 2 x Pitco 45 lb Fryer (2 x $400 each) | **$800.00** | | **$0.00** |

| 51. | **Total of Part 8.** | **$2,988.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 16 of 161

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Restaurant Lease / 2238-2240 Polk Street, San Francisco, CA**<br><br>**Space:  1,690 square feet (including the outdoor seating area on the sidewalk immediately adjacent to the front windows of the Premises (the "Outdoor Seating Area")**<br><br>**Term:  Ten (10) years. November 1, 2018 - October 31, 2028**<br><br>**Option to Extend: one (1) five (5) year additional option. To exercise, Debtor must given timely written notice not less than six (6) months prior to October 31, 2028 lease expiratoin date.** | **Lease** | **$0.00** | **N/A** | **$0.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 17 of
161

| | | | |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites**<br>**https://www.fiorella-sf.com/**<br>**No know fair market value. Thus, Debtor**<br>**values at $1.** | $0.00   N/A | $1.00 |
| 62. | **Licenses, franchises, and royalties**<br>**beer and wine liquor license** | $2,539.00   Liquidation | $2,539.00 |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**customer list of advertising and marketing**<br>**No know fair market value. Thus, Debtor**<br>**values at $1.** | $0.00   N/A | $1.00 |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill**<br>**Goodwill.**<br>**No know fair market value. Thus, Debtor**<br>**values at $1.** | $0.00   N/A | $1.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $2,542.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 18 of 161

| Loans made to Project Pizza Sunset LLC dba Fiorella Sunset ("Fiorella Sunset"): $114,645.94. Fiorella Sunset filed for ch. 11 protection (Case No. 25-30258); thus, recovery uncertain. Thus, given insider loan status and ch. 11 filing of Fiorella Sunset, Debtor assess a 90% discount on receivable. $114,645.94-90% ($103,181.35)=$11,464.59 | 113,164.59 | - | 101,700.00 | = | |
| --- | --- | --- | --- | --- | --- |
| | Total face amount | | doubtful or uncollectible amount | | |
| | | | | | $11,464.59 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $11,464.59 |
| --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,702.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $119,788.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,730.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,988.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,542.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,464.59 | |
| 91. **Total.** Add lines 80 through 90 for each column | $206,216.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $206,216.86 |

**Fill in this information to identify the case:**

Debtor name **Project Pizza Polk LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1 inKind Cards, Inc.**

Creditor's Name

**Attn: Current Officer
610 W. Live Oak Street
Austin, TX 78704**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
5/27/2025 (within
preference period)**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Debtor's Assets: "All of
Debtor's present and future accounts,
receivables, chattel paper, deposit accounts,
personal property, goods, assets and
fixtures, general intangibles, instruments,
equipment and inventory..."**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$86,309.00**    Column B: **$0.00**

---

**2.2 Retail Capital LLC dba
Credibly**

Creditor's Name

**Attn: Managing Member
25200 Telegrph Rd. #350
Southfield, MI 48033**

Creditor's mailing address

_____

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Debtor's Assets.  contingent
and disputed because merchant cash
advance party describes disguised loan as a
sales agreement for purchase of future
receivables.  Claim subject to disallowance
for illegal terms.**

**Describe the lien**
**UCC Financing Statement #U240093450732**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Column A: **$232,477.39**    Column B: **$0.00**

---

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of 2

| Debtor | **Project Pizza Polk LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**12/6/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $318,786.39

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **inKind Cards, Inc.**<br>**c/o VCorp Services, LLC, Agent**<br>**108 West 13th Street, Ste. 100**<br>**Wilmington, DE 19801** | Line __2.1__ | |
| **inKind Cards, Inc.**<br>**Attn: Johann Moonesinghe, CEO**<br>**600 Congress Ave., Ste. 1700**<br>**Austin, TX 78704** | Line __2.1__ | |
| **InKind Credit Fund LP**<br>**Attn: General Partner**<br>**850 New Burton Rd., Ste. 201**<br>**Dover, DE 19904** | Line __2.1__ | |
| **Retail Capital LLC**<br>**c/o Austin Miller**<br>**1501 W. Fountainhead Pkwy, Suite 630**<br>**Tempe, AZ 85282** | Line __2.2__ | |
| **Retail Capital LLC**<br>**c/o Amanda Garcia, Agent**<br>**3300 N. Brand Blvd.**<br>**Glendale, CA 91203** | Line __2.2__ | |

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 22 of 161

Debtor name **Project Pizza Polk LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adalberto Galvez**<br>**1933 Mission Apt 6**<br>**San Francisco, CA 94103**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>**notice only (active employee)**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>**Aidan De Jong**<br>**2526 Union Street**<br>**San Francisco, CA 94123**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>**notice only (active employee)**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

41301
Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 23 of
161

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address **Alex Vega** **451 Kansas Street** **San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,746.91 | $1,746.91 |
| | Date or dates debt was incurred | Basis for the claim: **active employee** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address **Alfredo Rivera** **161 Margaret Avenue** **San Francisco, CA 94112** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,461.54 | $3,461.54 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address **Brayan Bamaca** **142 London Street** **San Francisco, CA 94112-2053** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,415.07 | $3,415.07 |
| | Date or dates debt was incurred | Basis for the claim: **active employee** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address **Brittney Akerley** **3100 Fulton Street** **San Francisco, CA 94118** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $20.00 | $20.00 |
| | Date or dates debt was incurred | Basis for the claim: **active employee** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.14 | $800.14 |

**Camilo Alvarez**
**1177 Market Street**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.43 | $951.43 |

**Chloe Zimpelman**
**5501 Santa Rita Avenue**
**Garden Grove, CA 92845-1043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,653.85 | $2,653.85 |

**Christopher B Tarbell**
**1338 35th Avenue**
**San Francisco, CA 94122-1329**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Danielle Schindler**
**4126 Pacheco St**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.03 | $288.03 |
|---|---|---|---|---|

**Domingo Hernandez Cruz**
**60 Leavenworth Street**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.67 | $485.67 |
|---|---|---|---|---|

**Fiorella Kennedy**
**1215 Pacific Ave**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.72 | $795.72 |
|---|---|---|---|---|

**Guadalupe Chan Novelo**
**710 8th Ave**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.56 | $335.56 |
|---|---|---|---|---|

**Heidi Schmierer**
**4433 Lincoln Way**
**San Francisco, CA 94122-1156**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 26 of
161

**2.15** Priority creditor's name and mailing address

**Jeremiah Rushing-Hart**
**3010 Fulton Street**
**San Francisco, CA 94118-3867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Jorge C Escobedo**
**775 Treat Ave Apt 3**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Jorge Colli**
**326 Monterey Boulevard**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**Jorge David Cab Caamal**
**545 OFarrell Street**
**San Francisco, CA 94102-1960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,324.90 | $1,324.90 |
|---|---|---|---|---|
| | **Jose Ediverto Santis**<br>**42 6th Street**<br>**San Francisco, CA 94103-1609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $999.00 | $999.00 |
|---|---|---|---|---|
| | **Juan Antonio O Rodriguez**<br>**350 Turk St. # 704**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $155.50 | $155.50 |
|---|---|---|---|---|
| | **Juan Jeremias Chan Cauich**<br>**888 OFarrell Street**<br>**San Francisco, CA 94109-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,431.80 | $1,431.80 |
|---|---|---|---|---|
| | **Juan Perez**<br>**3521 18th Street**<br>**San Francisco, CA 94110-1666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,680.29 | $2,680.29 |
| --- | --- | --- | --- | --- |
| | **Julia Park**<br>**1375 26th Ave**<br>**San Francisco, CA 94122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,297.32 | $2,297.32 |
| --- | --- | --- | --- | --- |
| | **Lane Milburn**<br>**7 Davis Drive**<br>**Tiburon, CA 94920** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Manuel Ortega**<br>**50 Turk Street**<br>**San Francisco, CA 94102-2808** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only (active employee)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Maria Reyes**<br>**1030 Post Street**<br>**San Francisco, CA 94109** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only (active employee)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 29 of 161

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Megan Wysong**
**2160 Van Ness Avenue**
**San Francisco, CA 94109-2553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,248.30 | $2,248.30 |

**Melissa Saccoman**
**83 El Portal Way**
**Daly City, CA 94015-1044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.97 | $1,753.97 |

**Miguel Vega**
**281 14th St**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.62 | $1,451.62 |

**Mirna Perez**
**2667 Harrison Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 30 of 161

**2.31** Priority creditor's name and mailing address

**Nicole Kelly**
**1240 9th Avenue**
**San Francisco, CA 94122-2307**

As of the petition filing date, the claim is: $0.00    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address

**Obed Isai Ix Aguilar**
**2667 Harrison Street**
**San Francisco, CA 94110-3317**

As of the petition filing date, the claim is: $1,299.73    $1,299.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address

**Olivia Eidt**
**622 23rd Avenue**
**San Francisco, CA 94121-3709**

As of the petition filing date, the claim is: $0.00    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address

**Patrick Thomas**
**1515 Sutter Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is: $1,464.44    $1,464.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 31 of 161

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.61 | $1,045.61 |

**Pedro Ismael Chan Canche**
**60 Leavenworth Street**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Priscila Olivares Varela**
**180 Stratford Drive**
**San Francisco, CA 94132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,183.03 | $1,183.03 |

**Rafael Arroyo**
**55 Gustafson Court**
**Novato, CA 94947**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,201.44 | $1,201.44 |

**Ricardo Chan Sulub**
**2338 Polk Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 32 of 161

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,461.94 | $1,461.94 |
| --- | --- | --- | --- | --- |
| | **Roberto Santis**<br>**465 Ellis St Apt 206**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only (active employee)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Rodolfo Galos**<br>**3280 San Jose Ave**<br>**Daly City, CA 94014** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only (active employee)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,601.91 | $1,601.91 |
| --- | --- | --- | --- | --- |
| | **Sayra Perez**<br>**2667 Harrison Street**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**active employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Silvia Garcia**<br>**206 Harold Ave**<br>**San Francisco, CA 94112-2336** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only (active employee)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 33 of 161

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Sofia Silva**
**12 Camp St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,683.19 | $2,683.19 |
|---|---|---|---|---|

**Stephanie Miranda**
**1615 Overstreet Street**
**Tallahassee, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Tara Bretzfelder**
**4551 California Street**
**San Francisco, CA 94118-1214**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only (active employee)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 | $20.00 |
|---|---|---|---|---|

**Theresa Holland**
**3345 Anza Street**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,150.13 | $2,150.13 |
|------|---|---|---|---|

**Ulises Lemus Galo**
**3280 San Jose Avenue**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.03 | $1,679.03 |
|------|---|---|---|---|

**Walter Noe Couoh Cauich**
**331 9th St**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,249.67 | $1,249.67 |
|------|---|---|---|---|

**Zulma Ambrosio**
**2060 Mission Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**active employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**Abil May**
**455 EDDY ST APT 610**
**SAN FRANCISCO, CA 94109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**Abimelec Uh May**
**478 Golden Gate Ave Apt 234**
**San Francisco, CA 94102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 35 of 161

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abner Adolfo Reyna Rabanales**
**3446 Mission Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abraham Kantun**
**1917 Mission Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandra Solis**
**737 Post Street**
**San Francisco, CA 94109-6100**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Hawes**
**295 12th Ave Apt 102**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.20 |
|---|---|---|---|

**Alluvial Wines inc**
**Attn: Current Officer**
**21c Orinda Way, #240**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,237.29 |
|---|---|---|---|

**Alsco**
**Attn: Current Officer**
**1575 indiana**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amelia E Egland**
**1225 41st Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Amy Kunert**
**1212 10th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Angel Gabriel Canache Chan**
**951 O Farrell Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Anna Runnalls**
**517 36TH AVENUE APT# 302**
**SAN FRANCISCO, CA 94121**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Anthony L Sepulveda**
**1395 Golden Gate Ave Apt 208**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Anthony Sepulveda**
**1395 Golden Gate Ave Apt 208**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Anthony Silva**
**1496 28th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Antonio Hernandez Perez**
**465 Ellis St Apt 510**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 37 of 161

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Landeros**
**735 Ofarrell #23**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apolinar Rubio**
**PoBox 612**
**Daly City, CA 94017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Yeh**
**1225 Alemany Boulevard**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arturo Aguirre**
**2484 Alemany Boulevard**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Asel Arzymatova**
**1430 43rd Avenue**
**San Francisco, CA 94122-2923**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Asma El Boujamaai Stricklin**
**1739 Washington Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,972.14 |
|---|---|---|---|

**Autochlor**
**Attn: Current Officer**
**971 25th Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,466.40** |
|---|---|---|---|

**Bear Bottom Frms, Inc.**
**Attn: Current Officer**
**508 De Carlo Avenue**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Goeppert**
**2329 Funston Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _ notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220.00** |
|---|---|---|---|

**Bon Air Services**
**Attn: Current Officer**
**PO Box 77002**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bonifacio Ramirez Cruz**
**332 Russia Ave**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _ notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,762.30** |
|---|---|---|---|

**Boris Nemchenok**
**1185 Rhode Island Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ insider capital contribution

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,887.00** |
|---|---|---|---|

**Brandon Gillis**
**305 26th Ave.**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ insider capital contribution

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Breanne Bettencourt**
**1725 Van Ness Ave Apt 501**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _ notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 39 of 161

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

3.31

**Nonpriority creditor's name and mailing address**
**Brian H Henken**
**806 41st Ave**
**San Francisco, CA 94121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

3.32

**Nonpriority creditor's name and mailing address**
**Brian Levin**
**306A Carl St**
**San Francisco, CA 94117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

3.33

**Nonpriority creditor's name and mailing address**
**Brooks Jett**
**1205 Hyde St**
**San Francisco, CA 94109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

3.34

**Nonpriority creditor's name and mailing address**
**Buu Buu Vuu**
**409 10th Ave #308**
**San Francisca, CA 94118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

3.35

**Nonpriority creditor's name and mailing address**
**California Depart of Tax & Fee Admin.**
**Account Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$57,960.70

---

3.36

**Nonpriority creditor's name and mailing address**
**Carla Andrade**
**3681 Mission Street**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

3.37

**Nonpriority creditor's name and mailing address**
**Carlos Cano**
**540 Capp St**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 40 of 161

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlos Orlando Gongora Suarez**
**18 Mission St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlos Reyes Yeh**
**50 Turk St Apt 50**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,553.00 |

**Celtic Bank Corporation**
**Attn: Tim McGoff, Reg. Agent**
**9939 Hibert Street, Suite 209**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **loan agreeement with unperfected security interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.60 |

**Chambers & Chambers Wine Merchants**
**Attn: Current Officer**
**511 Alexis court**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charles C Gay**
**3400 Richmond Parkway**
**Richmond, CA 94806**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Claudia Aguilera**
**675 O Farrell Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Claudia Perez**
**1227 7th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 41 of 161

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,317.41 |
|---|---|---|---|

**Cooks Company**
**Attn: Current Officer**
**1942 Jerrold Ave.**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.60 |
|---|---|---|---|

**Copa Fina Fine Wine Imports**
**Attn: Current Officer**
**4200 Park Blvd #651**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,289.89 |
|---|---|---|---|

**Corfini Meat & Seafood**
**Attn: Current Officer**
**145 S hill drive,**
**Brisbane,, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cortne Digby**
**567 Athol Avenue**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.00 |
|---|---|---|---|

**Cozzoni**
**Attn: Current Officer**
**8430 W Bryn Mawr Ave, Ste 800,**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.60 |
|---|---|---|---|

**Cruess Wine Co**
**Attn: Current Officer**
**PO Box 70009,**
**Point Richmond,, CA 94807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danee L Asemgar**
**1610 Sutter Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only (former employee)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 42 of 161

**3.52**

**Nonpriority creditor's name and mailing address**
**Daniel Ascencio**
**2268 Larkin Street**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Daniel De La Cruz Vazquez**
**300 Hamilton Street**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Daniel Mooney**
**1465 20th Avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Darlene Jimenez**
**364 Palomar Drive**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56**

**Nonpriority creditor's name and mailing address**
**David Geronimo**
**345 6th St**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Dinora Navarro**
**491 11th Ave Apt A**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Dolce Neve Espresso Machines & Sa**
**Attn: Current Officer**
**1364 N. McDowell Blvd, Ste. 14,**
**Petaluma,, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$375.46

---

**3.59** | Nonpriority creditor's name and mailing address

Dreamt Design & Build
Attn: Current Officer
191 5th Ave #2,
San Francisco, CA 94118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

Edilberto Puc
338 Capp Street
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (active employee)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

Eduardo Poot Itza
316 Capp Street
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address

Edward Shapiro
1244 15th Avenue
San Francisco, CA 94112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$38,762.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  insider capital contribution

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address

Eli Franco
69 Madison Street
San Francisco, CA 94134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

ELIAS RUIZ
245 LEAVENWORTH ST
SAN FRANCISCO, CA 94102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address

Elisa Walrath
1550 162nd Avenue
San Leandro, CA 94578

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Aranda**
**427 34th Avenue**
**San Francisco, CA 94121-1646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (active employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Blackwell**
**225 Lincoln Wy**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Mcmahon**
**160 Eastwood Dr**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth N Andolong**
**1050 FRANKLIN ST**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Pera**
**4107 California St Apt 3**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmer Ku**
**374 Harkness Avenue**
**San Francisco, CA 94134-2159**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (active employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emanuel Magana Zapata**
**218 Capp Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Pizza Polk LLC** | Case number (*if known*) | |
|--------|------------------------------|--------------------------|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**Emily Schmalhofer**
**7309 Geary Boulevard**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.74** | Nonpriority creditor's name and mailing address

**Employment Development Department**
**Bankruptcy Unit-MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.75** | Nonpriority creditor's name and mailing address

**Enrique Delgado**
**172 BLYTHEDALE AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.76** | Nonpriority creditor's name and mailing address

**Eric W Fletcher**
**460 Fell St Apt #1**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.77** | Nonpriority creditor's name and mailing address

**Erika F Mendez**
**10 Scotia Street**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.78** | Nonpriority creditor's name and mailing address

**Erin Cerasaro**
**1227 Masonic Avenue APT #6**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.79** | Nonpriority creditor's name and mailing address

**Esmelin Romero Sosa**
**49 Abbot Ave**
**Daly City, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 46 of 161

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Esteban Aquino**
**50 Edinburgh Street**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**Ethan Nelson**
**2322 Larkin St**
**San Francisco, CA 94109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**FDIC as Receiver for First Republic Bank**
**Attention: Claims Agent**
**600 N. Pearl Street, Suite 700**
**Dallas, TX 75201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Blanket Lien on Debtor's Assets (termiated and lapsed). Notice only.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**Fernando Dimas Velazquez**
**3955 17th Street APT 1**
**San Francisco, CA 94114**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** |

**Fernando Garcia**
**1411 Florida Street**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**Fernando Parra Dzul**
**382 25th Avenue**
**San Francisco, CA 94121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** |

**Fiorella Commissary LLC**
**Attn: Brandon Gillis, Managing Member**
**1240 9th Avenue**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **affiliated/insider debt**

Is the claim subject to offset? ■ No ☐ Yes

$17,460.73

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.87** Nonpriority creditor's name and mailing address
**Francesca Cunningham**
**517 36TH AVE APT 304**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address
**Franklyn Suarez**
**818 Hensley Avenue**
**San Bruno, CA 94066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
**Freddy Peraza Ku**
**1040 Balboa Street**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
**Freedom J Rains**
**50 Elizabeth St**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
**Fresca Italia, Inc.**
**Attn: Current Officer**
**107 Park Lane**
**Brisbane, CA 94005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,452.97
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
**Friuli Italian Wine Imports LLC**
**Attn: Current Officer**
**930 Mclaughlin Ave**
**San Jose, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,990.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 48 of 161

Debtor **Project Pizza Polk LLC**
Name

Case number (if known) _____

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.66 |

**3.94** Nonpriority creditor's name and mailing address
**Gas 2 You, Inc.**
**Attn: Current Officer**
**3994 Bayshore Blvd.,**
**Brisbane, CA 94005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$898.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address
**George Mullen**
**4244 Fulton St**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _ **notice only (former employee)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address
**Georgi Vladimirov**
**110 Clifton Pl., Apt. 4A**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _ **insider capital contribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.97** Nonpriority creditor's name and mailing address
**German Medina**
**316 Valencia Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _ **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address
**Ghost Town Brewing**
**Attn: Current Officer**
**1960 Adeline st.**
**Oakland, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$804.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address
**Gillian Kelley**
**33 Montclair Terrace**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _ **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address
**Golden Gate Meat Company, Inc.**
**Attn: Current Officer**
**803 Wright ave,**
**Richmond, CA 94804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$1,963.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grace Hohman**
**5308590431**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grady Neilan**
**1278 Funston Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (active employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guadalupe Chan Novelo**
**710 Cabrillo St**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only (active employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gwendolyn Reagen**
**253 Webster St**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hailey Inacio**
**3900 Gagor Dr**
**Modesto, CA 95356**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.60 |
|---|---|---|---|

**Handley Cellars**
**Attn: Current Officer**
**PO Box 66,**
**Philo, CA 95466**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harun Guzel**
**411 OFarrell Street**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heidi Colin**
**2432 A Folsom St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only (former employee)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilary Pedigo**
**1003 Lincoln Way**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only (former employee)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Huber Gamboa**
**3446 Mission Street**
**San Francisco, CA 94110-5437**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only (former employee)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Beermann**
**729 Leavenworth Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only (former employee)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,639.43 |
|---|---|---|---|

**Individual Foodservice**
**Attn: Current Officer**
**5496 Lindbergh Lane,**
**Bell, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Unit**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isabelle Rea**
**1401 30th Ave Apt 3**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice only (former employee)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ismail Tertip**
**1246 42nd Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,050.88 |

**Italfoods Inc**
**Attn: Current Officer**
**P O Box 7511,**
**San Francisco, CA 94120-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jair Solano**
**55 Park Street**
**San Francisco, CA 94110-5875**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jaylene Moore**
**320 11th Avenue**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jenelyn B Paza**
**308 Turk Street Apt 19**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jennifer Marin**
**480 Ellis St Apt 339**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jesus E Poot Puc**
**888 Ofarrell St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesus Romero**
**1029 Geary Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joel Euan Chan**
**665 Eddy Street Apt 56**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon M Chase**
**3750 Willow Pass Road**
**Concord, CA 94519**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge A Dzib Medina**
**321 9th Ave Apt 11**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Gonzalez**
**850 Mills Avenue**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josalyn M Townes**
**1455 Leavenworth Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Alfredo Poot**
**1225 Alemany Blvd**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __notice only (former employee)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.129**

Nonpriority creditor's name and mailing address
**Jose Arce**
**3351 18th St Apt 8**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _notice only (former employee)_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130**

Nonpriority creditor's name and mailing address
**Jose E Mul May**
**1225 Alemany Blvd**
**San Francisco, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _notice only (former employee)_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131**

Nonpriority creditor's name and mailing address
**Jose Guardado**
**437 Hyde St**
**San Francisco, CA 94109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _notice only (former employee)_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132**

Nonpriority creditor's name and mailing address
**Jose Lopez Perlera**
**2472 BRYANT ST APT 2472**
**SAN FRANCISCO, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _notice only (former employee)_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133**

Nonpriority creditor's name and mailing address
**Jose Manuel Canche Chan**
**2238 Polk St**
**San Francisco, CA 94109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _notice only (former employee)_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134**

Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**
**Attn: Jamie Dimon, CEO**
**1111 Polaris Pkwy**
**Columbus, OH 43240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6354_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$14,398.56**

---

**3.135**

Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**
**Attn: Jamie Dimon, CEO**
**1111 Polaris Pkwy**
**Columbus, OH 43240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _overdrawn balance on acount X6672_

Is the claim subject to offset? ■ No ☐ Yes

**$6,799.14**

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 54 of 161

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juan Catzim**
**1845 Mission Street**
**San Francisco, CA 94103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juan Manuel Velazquez Luna**
**16 Juan Bautista Circle**
**San Francisco, CA 94132**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juan Mendoza**
**61 Crestwood Dr Apt 16**
**Daly City, CA 94015**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julio Caamal**
**2250 Mission St**
**San Francisco, CA 94110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julio Cruz Perez**
**465 Ellis St Apt 206**
**San Francisco, CA 94102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julio Dominguez Dzul**
**18 Mission Street**
**San Francisco, CA 94105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Barboza**
**104 Esplanade Avenue**
**Pacifica, CA 94044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 55 of 161

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kali Murray Russell**
**1441 Hyde Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Andrea Sepulveda DeNunez**
**606 Post Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Vanessa Franco Martinez**
**3088 27th St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karla Matamoros**
**277 London St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katarina Francesconi**
**1549 1/2 Leavenworth St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen Steinmetz**
**1106 Bush St #304**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathryne Bennett**
**3009 Mission Street #206**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Project Pizza Polk LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kellene Risslen
1375 26th Avenue
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kelley Haughey
815 Leavenworth St
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kimthi Nguyen
3315 Steiner Street Apt 14
San Francisco, CA 94123

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kyra Young
1127 Judah Street
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Laura Ortiz
22 Delgado Place
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Lauren Martinelli
972 Bush Street
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,756.59**

Lettieri & Co.
Attn: Current Officer
120 Park Ln,
Brisbane, CA 94005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 57 of 161

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leyla Spositto**
**1730 Hyde Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lidia Diaz Juarez**
**957 Mission St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.00 |
|---|---|---|---|

**Light Soda on Tap**
**Attn: Current Officer**
**426 Valley Dr.**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,252.00 |
|---|---|---|---|

**Lightspeed Capital, Inc.**
**Attn: Current Officer**
**575 Lexington Ave, Suite 4005**
**New York, NY 10022**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  contingent and disputed because merchant cash advance party describes disguised loan as a sales agreement for purchase of future receivables.  Claim subject to disallowance for illegal terms.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Forero**
**795 Geary St #103**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Santamaria**
**201 TURK ST APT 201**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynn M Mc Ardle**
**225 Lincoln Way**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Pizza Polk LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.164** | Nonpriority creditor's name and mailing address
**Ma Guadalupe Tremillo Maturino**
**155 Abbot Ave**
**Daly City, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.165** | Nonpriority creditor's name and mailing address
**Mackenzie Crosby**
**1623 48TH AVE**
**SAN FRANCISCO, CA 94122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.166** | Nonpriority creditor's name and mailing address
**Manuel Briceno Gonzalez**
**2250 Mission St Pt 204**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.167** | Nonpriority creditor's name and mailing address
**Manuel Cid**
**980 Bush St Apt 202**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.168** | Nonpriority creditor's name and mailing address
**Manuel J Nic Puc**
**402 Broadway**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.169** | Nonpriority creditor's name and mailing address
**Marco Pacheco**
**305 Hyde Street Apt 206**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.170** | Nonpriority creditor's name and mailing address
**Marcos Andrade**
**3294 26th St**
**San Francisca, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 59 of 161

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marcos Antonio Sanchez**
**3331 B 17th Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maria Castro Jimenez**
**455 Eddy St Apt 1204**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maria Lopez**
**610 Clement St Apt 2**
**San Francisco, CA 94118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maricruz Moreno**
**5811 Mission St Apt 2**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mario Briceno**
**174 Turk St**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark J Smallhoover**
**27 Calle Este**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Martha G Aladana**
**690 Gigar Street**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 60 of
161

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $312.75 |

**Matagrano, Inc.**
**Attn: Current Officer**
**25858 Clawiter Road**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mateusz Bohdzia**
**7700 Geary Blvd Apt 102**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mateusz W Bohdzia**
**7700 Geary Blvd Apt 102**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew J Donnellan**
**270 Turk Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew J Femiani**
**730 22nd St Apt 33**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew Rivas**
**909 Welburn Ave**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Megan H Henderson**
**405 33rd Ave Apt 306**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Tapia**
**2255 Vallejo Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mira Chavez Lewis**
**1275 Washington Street**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $822.63 |
|---|---|---|---|

**Modesto Foods**
**Attn: Current Officer**
**30611 San Antonio st.,**
**hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mollie E Rinaldi**
**2027 Lincoln Way**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.83 |
|---|---|---|---|

**Morris Distributing**
**Attn: Current Officer**
**PO Box 5699**
**petaluma, CA 94955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan Floyd**
**47 South Park Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathaniel Fonseca**
**1496 28th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nicholas Gehlken**
**1025 Jackson Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nicole Herold**
**508 Larkin Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nolan Trickey**
**1591 Jackson Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Norma Cortez De Duenas**
**1591 Stillwell Rd Apt 1**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Norma Delgado**
**1591 Stilwell Rd Apt I**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oliver McCrum Wines**
**Attn: Current Officer**
**545 Sanchez St.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,670.00 |
|---|---|---|---|

**optimum Green Cleaning**
**Attn: Current Officer**
**350 Industrial Way,**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499.20** |
|---|---|---|---|

**Original pattern**
**Attn: Current Officer**
**292 4th St, 292 4th St**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Orlando Cervantes Chi**
**50 Turk Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oscar Ramirez**
**334 Leavenworth Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Osman Tekin**
**650 Head St**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pablo Enrique Euan Ramirez**
**817 Clement**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,162.20** |
|---|---|---|---|

**Pacific Gourmet**
**Attn: Current Officer**
**380 Valley Drive**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Panoramo bakery**
**Attn: Current Officer**
**500 Florida St,**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,861.05 |

**Parafin, Inc. (aka DoorDash)**
**Attn: Current Officer**
**301 Howard Street, Suite 1500**
**San Francisco, CA 94105**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2/5/2025**

Last 4 digits of account number  _

Basis for the claim:  **contingent and disputed because merchant cash advance party describes disguised loan as a sales agreement for purchase of future receivables.  Claim subject to disallowance for illegal terms.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |

**Polk & Green Investments, L.P.**
**Attn: Managing Partner**
**3951 Franke Lane**
**Lafayette, CA 94549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/1/2025**

Last 4 digits of account number  _

Basis for the claim:  **1 month lease payment: $11,000 property tax payment obligation:  TBD**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |

**Project Pizza Noe LLC**
**Attn: Managing Member**
**4042 24th Street**
**San Francisco, CA 94114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **affiliated/insider debt loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,827.07 |

**Project Pizza Sunset LLC**
**Attn: Managing Member**
**1245 9th Avenue**
**San Francisco, CA 94112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **affiliated/insider debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rachel L Marino**
**1384 Green Street**
**San Francisco, CA 94109**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rafael Dzib Medina**
**222 Taylor St**
**San Francisco, CA 94102**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Randy S Pablo**
**393 Barbara Lane**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Raul Bueso**
**13 Poncetta Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Recology**
**Attn: President/Officer**
**50 California St. 24th Fl**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.22 |

**Regal Wine company**
**Attn: Current Officer**
**PO Box 2160,**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Reilly McMahan**
**2432a Folsom St**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,273.20 |

**Revel wines**
**Attn: Current Officer**
**PO Box 11106,**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rheanna Binkley**
**1400 La Playa St Apt 7**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,378.76 |
|---|---|---|---|

**RNDC (Republic National Distributing Co)**
**Attn: Current Officer**
**PO Box743564**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rochelle S Schott**
**868 Waller Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodrigo Gongora**
**1345 CALIFORNIA ST**
**SAN FRANCISCO, CA 94109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roger Briceno Zumarra**
**731 Andover Street**
**San Francisco, CA 94110-6017**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roger Gomez Magana**
**857 Ellis St Apt 9**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosendo A May**
**490 Eddy Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosendo Martin Gonzlez Peralta**
**2488 21st St**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

**3.226**

Nonpriority creditor's name and mailing address
**Rudy Pacheco**
**888 OFarrell Street APT 304**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.227**

Nonpriority creditor's name and mailing address
**Ryan Jasielum**
**2377 21st Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.228**

Nonpriority creditor's name and mailing address
**Salvador Duenas**
**1591 Stilwell Rd Apt 1**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.229**

Nonpriority creditor's name and mailing address
**Samantha Burdette**
**5128 Geary Ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.230**

Nonpriority creditor's name and mailing address
**Samia Bouallegue**
**509 20th St**
**San Francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.231**

Nonpriority creditor's name and mailing address
**Sandra Perez**
**718 Virginia St**
**Vallejo, CA 94590**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.232**

Nonpriority creditor's name and mailing address
**Santos Felipe Dominguez Dzul**
**146 Macallister Street**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **notice only (former employee)**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 68 of 161

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Sieling**
**475 30th Avenue**
**San Francisco, CA 94121-1725**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sergio Brand**
**801 Paris St**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sergio Pelaez**
**553 19th St**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shelby Finder**
**2163 40th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Silvia Velasquez**
**455 Eddy Street**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Siobhan Willing**
**3428 16th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __notice only (former employee)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $471.60 |
|---|---|---|---|

**Skurnik Wines West**
**Attn: Current Officer**
**PO Box 421,**
**Syosset, NY 11791**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,913.78** |
|---|---|---|---|

**3.240** | **Nonpriority creditor's name and mailing address**
**Southern Glazers of No Ca**
**Attn: Current Officer**
**PO Box 5001 ~ 33321 Dowe Avenue**
**Union City, CA 94587**

As of the petition filing date, the claim is: Check all that apply.                       **$1,913.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**
**Springboard Wine Company**
**Attn: Current Officer**
**PO Box 8525**
**Pasadena, CA 91109**

As of the petition filing date, the claim is: Check all that apply.                       **$2,622.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address**
**Stefany Vargas**
**775 McAllister Street**
**San Francisco, CA 94102**

As of the petition filing date, the claim is: Check all that apply.                       **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**
**The Avenues Hospitality Group Inc**
**Attn: Boris Nemchenok, CEO**
**1185 Rhode Island St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: Check all that apply.                       **$55,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **insider debt obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address**
**The chefs Warehouse West Coast LLC**
**Attn: Current Officer**
**1250 Whipple Road,,**
**Union City, CA 94587**

As of the petition filing date, the claim is: Check all that apply.                       **$1,538.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address**
**Tyler Colombo**
**741 Kansas St Apt 5**
**San Francsico, CA 94107**

As of the petition filing date, the claim is: Check all that apply.                       **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address**
**Tyler Schubert**
**230 Farrell Drive**
**Forestville, CA 95436**

As of the petition filing date, the claim is: Check all that apply.                       **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **notice only (former employee)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 70 of 161

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U.S. Small Business Administration**
**Attn:  District Counsel**
**455 Market Street, Suite 600**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vasni Calderon**
**2152 Bayshore Boulevard**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vasyl Oleinykav**
**436 27th Avenue**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vicente May**
**1917 Mission Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor E Hernandez**
**2350 Clement Street Apt 1**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Galo**
**109 Lobos Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Galo**
**109 Lobos Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _notice only (former employee)_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 71 of 161

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victor Hugo Rivera**
**130 Eddy Street Apt 204**
**San Francisco, CA 94102**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.60 |
|---|---|---|---|

**Vinifera Imports**
**Attn: Current Officer**
**13273 Barton Circle**
**Whittier, CA 90605**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilberth Jesus Ravon Farfan**
**350 Turk St Apt 1604**
**San Francisco, CA 94102**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Kuk Tep**
**307 Capp St Apt1**
**San Francisco, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Popa**
**3801 Irving Street**
**San Francisco, CA 94122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilson Ortega**
**270 Shoreline Highway**
**Mill Valley, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only (former employee)

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 72 of 161

| Debtor | **Project Pizza Polk LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **JPMorgan Chase Bank, N.A.**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850-5123** | Line __3.134__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JPMorgan Chase Bank, NA**<br>**PO Box 29071**<br>**Glendale, CA 91209** | Line __3.134__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lightspeed Capital, Inc.**<br>**Attn: Current Officer**<br>**700 Saint-Antoine Street East, Suite 300**<br>**Montréal, Québec, H2Y 1A6**<br>**CANADA** | Line __3.160__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Stripe, Inc.**<br>**Attn: Current Officer**<br>**354 Oyster Point Boulevard**<br>**South San Francisco, CA 94080** | Line __3.40__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 46,336.74 |
| 5b. Total claims from Part 2 | 5b. + | $ | 688,695.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 735,032.14 |

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 73 of 161

Debtor name **Project Pizza Polk LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Gift Card Funding Agreement** | |
| State the term remaining **N/A** | **inKind Cards, Inc.** **Attn: Current Officer** **610 W. Live Oak Street** **Austin, TX 78704** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Restaurant Equipment Rental** | |
| State the term remaining **Monthly** | **Light Soda on Tap** **Attn: Current Officer** **426 Valley Dr.** **Brisbane, CA 94005** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease for Debtor's Restaurant Debtor must timely exercise its option to extend not less than six (6) months prior to the expiration of the initial Term.** | |
| State the term remaining **Ten (10) years from 11/1/2018 with one (1) One (1 ), five (5) year option to extend** | **Polk & Green Investments, L.P.** **Attn: Managing Partner** **3951 Franke Lane** **Lafayette, CA 94549** |
| List the contract number of any government contract | |

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 74 of 161

Fill in this information to identify the case:

Debtor name **Project Pizza Polk LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Boris Nemchenok** | **1185 Rhode Island Street San Francisco, CA 94107** | **JPMorgan Chase Bank, N.A.** | ☐ D _____ ■ E/F __3.134__ ☐ G _____ |
| 2.2 **Boris Nemchenok** | **1185 Rhode Island Street San Francisco, CA 94107** | **Retail Capital LLC dba Credibly** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Brandon Gillis** | **305 26th Ave. San Francisco, CA 94121** | **Retail Capital LLC dba Credibly** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Fiorella Commissary LLC** | **Attn: Brandon Gillis, Managing Member 1240 9th Avenue San Francisco, CA 94112** | **Retail Capital LLC dba Credibly** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Project Pizza Polk LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Project Pizza Noe LLC | Attn: Managing Member<br>4042 24th Street<br>San Francisco, CA 94114 | inKind Cards, Inc. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Project Pizza Sunset LLC | Attn: Managing Member<br>1245 9th Avenue<br>San Francisco, CA 94112 | inKind Cards, Inc. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Project Pizza Sunset LLC | Attn: Managing Member<br>1245 9th Avenue<br>San Francisco, CA 94112 | The Avenues Hospitality Group Inc | ☐ D _____<br>■ E/F __3.243__<br>☐ G _____ |
| 2.8 | Project Pizza Sunset LLC | Attn: Managing Member<br>1245 9th Avenue<br>San Francisco, CA 94112 | Retail Capital LLC dba Credibly | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Project Pizza, LLC | Attn: Managing Member<br>2339 Clement Avenue<br>San Francisco, CA 94121 | inKind Cards, Inc. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Project Pizza, LLC | Attn: Managing Member<br>2339 Clement Avenue<br>San Francisco, CA 94121 | Retail Capital LLC dba Credibly | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | SF Pizza Slingers LLC | Attn: Boris Nemchenok<br>1185 Rhode Island St.<br>San Francisco, CA 94107 | Retail Capital LLC dba Credibly | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Project Pizza Polk LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

2.12 **The Avenues Hospitality Group Inc**

**Attn: Boris Nemchenok, CEO**
**1185 Rhode Island St.**
**San Francisco, CA 94107**

**Retail Capital LLC dba Credibly**

■ D ___2.2___
☐ E/F _____
☐ G _____

Case: 25-30521   Doc# 1   Filed: 07/02/25   Entered: 07/02/25 15:22:06   Page 77 of 161

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☐ Operating a business **Gross Receipts- Business** ■ Other | **$1,136,448.78** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business **Gross Receipts- Business** ■ Other | **$2,593,018.60** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business **Gross Receipts- Business** ■ Other | **$3,175,984.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 78 of 161

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached SOFA Rider 3.** | **See attached.** | **See attached.** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **See attached.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See attached SOFA Rider 4.**<br><br>**See attached.** | **See attached.** | **See attached.** | **See attached.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Retail Capital, LLC v. Project Pizza Polk LLC, et al**<br>**CV2025-001968** | Collections | **Maricopa County Superior Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85008** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 79 of 161

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Belvedere Legal, PC**<br>**1777 Borel Place, Suite 314**<br>**San Mateo, CA 94402** | **Attorney Fees** | **6/10/2025 - $10,000.00**<br>**6/13/2025 - $5,000.00**<br>**6/16/2026 - $10,000.00** | **$25,000.00** |
| | Email or website address<br>**mmetzger@belvederelegal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Binder Malter Harris & Rome-Banks LLP**<br>**2775 Park Ave.**<br>**Santa Clara, CA 95050** | **bankruptcy consultation** | **12/3/2024** | **$3,333.33** |
| | Email or website address<br>**https://www.bindermalter.com/** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 80 of 161

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Sami Sahouri CPA**<br>**Joseph B. Zaarour & Assoc Inc.**<br>**1855 Lawton St.**<br>**San Francisco, CA 94122** | **2016 to 12/31/2024** |
| 26a.2. | **Jess Hardesty**<br>**1795 E Sunrise Blvd # 519**<br>**Fort Lauderdale, FL 33040** | **2018 to 12/31/2024** |
| 26a.3. | **Michael Nishi, CPA**<br>**2429 Gillingham Circle**<br>**Thousand Oaks, CA 91362** | **1/1/2025 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Sami Sahouri CPA**<br>**Joseph B. Zaarour & Assoc Inc.**<br>**1855 Lawton St.**<br>**San Francisco, CA 94122** | **2016 - 12/31/2024** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Michael Nishi, CPA**<br>**2429 Gillingham Circle**<br>**Thousand Oaks, CA 91362** | **1/1/2025 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| | |
|---|---|
| 26d.1. | **JPMorgan Chase Bank, N.A.**<br>**Attn: Jamie Dimon, CEO**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240** |
| 26d.2. | **Retail Capital LLC da Credibly**<br>**Attn: Managing Member**<br>**25200 Telegrpah Rd. #350**<br>**Southfield, MI 48033** |
| 26d.3. | **Lightspeed Capital, Inc.**<br>**Attn: Current Officer**<br>**575 Lexington Ave, Suite 4005**<br>**New York, NY 10022** |
| 26d.4. | **Parafin, Inc. (aka DoorDash)**<br>**Attn: Current Officer**<br>**301 Howard Street, Suite 1500**<br>**San Francisco, CA 94105** |
| 26d.5. | **The Avenues Hospitality Group Inc**<br>**Attn: Boris Nemchenok, CEO**<br>**1185 Rhode Island St.**<br>**San Francisco, CA 94107** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Brandon Gillis** | **5/31/2025** | **monthly - last inventory taken on 5/31/2025** |

| Name and address of the person who has possession of inventory records |
|---|
| **Project Pizza LLC (Stored on Margin Edge**<br>**2339 Clement St**<br>**San Francisco, CA 94121** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Boris Nemchenok** | **1185 Rhode Island Street**<br>**San Francisco, CA 94107** | **Member, Membership** | **48.58%** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brandon Gillis** | **305 26th Ave.**<br>**San Francisco, CA 94121** | **Member, Membership** | **20.88** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edward Shapiro** | **1244 15th Avenue**<br>**San Francisco, CA 94112** | **Member, Membership** | **26.53%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Georgi Vladimirov** | **110 Clifton Pl., Apt. 4A**<br>**Brooklyn, NY 11238** | **Member, Membership** | **4%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached SOFA Rider 30.** | **See attached.** | **See attached.** | **See attached.** |
| | **Relationship to debtor**<br>**See attached.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  2, 2025**

**/s/ Boris Nemchenok**                                           **Boris Nemchenok**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO of Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30521    Doc# 1    Filed: 07/02/25    Entered: 07/02/25 15:22:06    Page 86 of 161

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

### Payments in Past 90 days > $8,575

### PROJECT PIZZA POLK LLC

### April 1-July 2, 2025

| | Creditor Address | Date | Amount | Memo/Description |
|---|---|---|---|---|
| **2242 Property LLC** | 2242-2248 West Stret Property, LLC<br>Attn: Managing Member<br>2970 Broadway Ste. 260<br>Oakland, CA 94612 | | | |
| | | 04/08/2025 | -8,000.00 | Services |
| | | 05/28/2025 | -10,003.23 | Services |
| **Total for 2242 Property LLC** | | | **-$18,003.23** | |
| **Bankcard** | Bancard UCA<br>Attn: Current Officer<br>2625 Townsgate Road, Suite 100<br>Westlake Village, CA 91361 | | | |
| | | 04/02/2025 | -5,272.83 | Services |
| | | 05/02/2025 | -5,161.36 | Services |
| | | 05/23/2025 | -16.30 | Services |
| | | 06/02/2025 | -5,609.03 | Services |
| **Total for Bankcard** | | | **-$16,059.52** | |
| **Belvedere Legal, P.C.** | 1777 Borel Place Suite 314 San Mateo, CA 94402 | 06/10/2025 | -10,000.00 | Legal Fees- Bankruptcy Retainer |
| | | 06/13/2025 | -$5,000.00 | Legal Fees- Bankruptcy Retainer |
| | | 06/16/2025 | -10,000.00 | Legal Fees- Bankruptcy Retainer |
| **Total for Belvedere Legal, P.C.** | | | **-$25,000.00** | |
| **CA Dept of Tax and Fee Admin** | CA Dept of Tax and Fee Admin<br>Account Information Group, MIC: 29<br>Sacramento, CA 94279-0029 | | | |
| | | 04/23/2025 | -951.86 | Taxes |
| | | 05/09/2025 | -10,000.00 | Taxes |
| | | 05/16/2025 | -15,508.62 | Taxes |
| | | 05/23/2025 | -951.86 | Taxes |

| Payee | Address/Relationship | Payment Dates | Amounts Paid | Reason for Payments |
|---|---|---|---|---|
| Edward Shapiro | 1244 15th Ave. San Francisco, CA 94112 | | | |
| | | 08/09/2024 | -1,943.51 | Loan Payment |
| | Relationship to Debtor: Member of Debtor | 08/13/2024 | -1,943.51 | Loan Payment |
| | | 09/06/2024 | -1,943.51 | Loan Payment |
| | | 09/13/2024 | -1,943.51 | Loan Payment |
| | | 10/10/2024 | -1,943.51 | Loan Payment |
| | | 12/23/2024 | -941.79 | Loan Payment |
| | | 12/30/2024 | -941.79 | Loan Payment |
| | | 01/21/2025 | -941.79 | Loan Payment |
| **Total for Edward Shapiro** | | | **-$12,542.92** | |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. Attn: Jamie Dimon, CEO 1111 Polaris Pkwy Columbus, OH 43240-0000 | | | |
| | | 07/22/2024 | -421.00 | Payment to Credit Card |
| | Relationship to Debtor: | 07/24/2024 | -25.00 | Payment to Credit Card |
| | Payments on credit card guaranteed by Debtor's insider | 07/31/2024 | -23.20 | Payment to Credit Card |
| | | 08/05/2024 | -68.00 | Payment to Credit Card |
| | | 08/22/2024 | -439.00 | Payment to Credit Card |
| | | 08/30/2024 | -23.20 | Payment to Credit Card |
| | | 09/05/2024 | -200.00 | Payment to Credit Card |
| | | 09/30/2024 | -35.40 | Payment to Credit Card |
| | | 10/03/2024 | -30.00 | Payment to Credit Card |

| Date | Amount | Description |
|---|---|---|
| 10/24/2024 | -424.00 | Payment to Credit Card |
| 10/25/2024 | -25.00 | Payment to Credit Card |
| 10/28/2024 | -25.00 | Payment to Credit Card |
| 10/31/2024 | -39.80 | Payment to Credit Card |
| 11/05/2024 | -30.00 | Payment to Credit Card |
| 11/25/2024 | -445.00 | Payment to Credit Card |
| 11/29/2024 | -8.00 | Payment to Credit Card |
| 12/22/2024 | -429.00 | Payment to Credit Card |
| 12/31/2024 | -8.00 | Payment to Credit Card |
| 01/31/2025 | -8.00 | Payment to Credit Card |
| 02/10/2025 | -435.00 | Payment to Credit Card |
| 02/28/2025 | -8.00 | Payment to Credit Card |
| 03/24/2025 | -392.00 | Payment to Credit Card |
| 03/31/2025 | -8.00 | Payment to Credit Card |
| 04/30/2025 | -8.00 | Payment to Credit Card |
| 05/27/2025 | -404.00 | Payment to Credit Card |
| 05/30/2025 | -8.00 | Payment to Credit Card |
| 05/31/2025 | 265.32 | Payment to Credit Card |

**Total for JPMorgan Chase Bank, N.A.**               **-$3,704.28**

Project Pizza LLC dba Fiorella Clement
2339 Clement Avenue
San Francisco, CA 94121

| Date | Amount | Description |
|---|---|---|
| 07/25/2024 | -7,730.81 | Repayment of Transfers Received from Fiorella Clement |
| 10/09/2024 | -12,000.00 | Repayment of Transfers Received from Fiorella Clement |
| 10/24/2024 | -25,000.00 | Repayment of Transfers Received from Fiorella Clement |
| 05/20/2025 | -5,000.00 | Repayment of Transfers Received from Fiorella Clement |

Relationship to Debtor:
Affiliate.  11 U.S.C. §101(2), (31)

**Total for Project Pizza LLC dba Fiorella Clement**               **-$49,730.81**

Fiorella Commissary LLC

("Commissary")

| Date | Amount | Description |
|---|---|---|
| 07/01/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/02/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/05/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/09/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/10/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/11/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/12/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/14/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/18/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/22/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/24/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/25/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/29/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/31/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/01/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/05/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/12/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/14/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/15/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/19/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/19/2024 | -1,250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/21/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/22/2024 | -1,250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/26/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/27/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/28/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments**

| Date | Amount | Description |
|---|---|---|
| 08/30/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/03/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/05/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/06/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/09/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/19/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/23/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/27/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/28/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/30/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/02/2024 | -2,750.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/15/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/18/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/21/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/23/2024 | -2,750.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/25/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/28/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/30/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/31/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/01/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/01/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/05/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/06/2024 | -250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/07/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/08/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/12/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/13/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/14/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/15/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments

| | | |
|---|---|---|
| 11/16/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/18/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/19/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/19/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/20/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/21/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/21/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/22/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/23/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/29/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/02/2024 | -2,900.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/05/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/06/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/06/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/09/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/13/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/14/2024 | -1,800.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/17/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/19/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/20/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/23/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/24/2024 | -700.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/27/2024 | -1,900.00 | Payment for Supplies Provided to Debtor from Comissary |
| 03/17/2025 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |

**Total for Fiorella Commissary LLC**  **-$157,850.00**

Fiorella Management Group

| | | |
|---|---|---|
| 07/03/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/16/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/19/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments

| Date | Amount | Description |
|---|---|---|
| 07/29/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/31/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/01/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/14/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/15/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/21/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/27/2024 | -3,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/28/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/10/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/12/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/19/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/24/2024 | -2,600.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/30/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/01/2024 | -750.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/16/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/17/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/21/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/24/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/29/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/01/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/04/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/06/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| Date | Amount | Description |
|---|---|---|
| 11/06/2024 | -100.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/12/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/12/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/14/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/18/2024 | -2,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/19/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/26/2024 | -200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/27/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/02/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/09/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/10/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/12/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/13/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/16/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/17/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/24/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/30/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/31/2024 | -2,600.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/08/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/13/2025 | -2,800.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/14/2025 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/21/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| Date | Amount | Description |
|------|--------|-------------|
| 01/27/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/28/2025 | -1,800.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/11/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/13/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/19/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/24/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/25/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/11/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/12/2025 | -1,100.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/19/2025 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/24/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/25/2025 | -700.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/31/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/01/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/01/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/09/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/22/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/29/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/05/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/09/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/16/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/19/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| | | | |
|---|---|---|---|
| | 05/21/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| | 06/02/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| **Total for Fiorella Management Group** | | **-$110,450.00** | |
| Project Pizza Sunset LLC dba Fiorella Sunset | 1240 9th Ave. San Francisco, CA 94122 | | |
| | | 07/09/2024 | -8,143.18 | Repayment of Transfers Received from Fiorella Sunset |

| Project Pizza Sunset LLC dba Fiorella Sunset | 1240 9th Ave. San Francisco, CA 94122 | | |
|---|---|---|---|
| | Relationship to Debtor: Affiliate. 11 U.S.C. §101(2), (31) | 07/09/2024 | -8,143.18 |
| | | 07/17/2024 | -4,815.46 |
| | | 07/25/2024 | -10,982.70 |
| | | 07/31/2024 | -2,146.05 |
| | | 08/31/2024 | -2,979.46 |
| | | 09/30/2024 | -2,158.30 |
| | | 10/31/2024 | -2,141.88 |
| | | 11/30/2024 | -2,304.53 |
| | | 12/31/2024 | -1,388.95 |

Repayment of Transfers Received from Fiorella Sunset (for each of the above dated rows)

| **Total for Project Pizza Sunset LLC dba Fiorella Sunset** | | **-$37,060.51** | |
|---|---|---|---|
| Project Pizza NOE, LLC dba Fiorella Noe | 4042 24th St. San Francisco, CA 94122 | | |
| | Relationship to Debtor: Affiliate. 11 U.S.C. §101(2), (31) | 11/15/2024 | -1,000.00 |
| | | 12/24/2024 | -2,500.00 |
| | | 01/06/2025 | -1,000.00 |
| | | 01/06/2025 | -500.00 |
| | | 01/29/2025 | -5,623.49 |
| | | 02/15/2025 | -7,000.00 |
| | | 02/17/2025 | -1,500.00 |
| | | 03/15/2025 | -3,000.00 |
| | | 04/17/2025 | -6,612.18 |
| | | 04/26/2025 | -7,000.00 |
| | | 05/05/2025 | -2,500.00 |
| | | 05/06/2025 | 2,500.00 |

Repayment of Transfers Received from Fiorella NOE (for each of the above dated rows)

| | | | |
|---|---|---|---|
| | 05/09/2025 | -15,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/24/2025 | -3,500.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/28/2025 | 3,500.00 | Repayment of Transfers Received from Fiorella NOE |

**Project Pizza NOE, LLC dba Fiorella Noe** 

**-$50,735.67**

Retail Capital dba Credibly

| | | | |
|---|---|---|---|
| 25200 Telegraph Rd Ste 350 Southfield, MI 48033 | 10/25/2024 | -814.00 | Loan Repayment |
| | 10/26/2024 | -814.00 | Loan Repayment |
| Relationship to Debtor: | 10/29/2024 | -814.00 | Loan Repayment |
| Payments on loans guaranteed by Debtor's insider | 10/30/2024 | -814.00 | Loan Repayment |
| | 10/31/2024 | -814.00 | Loan Repayment |
| | 11/01/2024 | -814.00 | Loan Repayment |
| | 11/02/2024 | -814.00 | Loan Repayment |
| | 11/05/2024 | -814.00 | Loan Repayment |
| | 11/06/2024 | -814.00 | Loan Repayment |
| | 11/07/2024 | -814.00 | Loan Repayment |
| | 11/08/2024 | -814.00 | Loan Repayment |
| | 11/12/2024 | -814.00 | Loan Repayment |
| | 11/13/2024 | -814.00 | Loan Repayment |
| | 11/14/2024 | -814.00 | Loan Repayment |
| | 11/15/2024 | -814.00 | Loan Repayment |
| | 11/16/2024 | -814.00 | Loan Repayment |
| | 11/19/2024 | -814.00 | Loan Repayment |
| | 11/20/2024 | -814.00 | Loan Repayment |
| | 11/21/2024 | -814.00 | Loan Repayment |
| | 11/22/2024 | -814.00 | Loan Repayment |
| | 11/25/2024 | -814.00 | Loan Repayment |
| | 11/26/2024 | -814.00 | Loan Repayment |
| | 11/27/2024 | -814.00 | Loan Repayment |
| | 11/28/2024 | -814.00 | Loan Repayment |

| | | | | |
|---|---|---|---|---|
| | | 12/04/2024 | -814.00 | Loan Repayment |
| | | 03/12/2025 | -1,233.87 | Loan Repayment |
| | | 03/19/2025 | -1,233.87 | Loan Repayment |
| | | 04/02/2025 | -1,233.87 | Loan Repayment |
| **Total for Retail Capital dba Credibly** | | | **-$24,051.61** | |
| The Avenues Hospitality Group Inc. | | | | |
| | 1185 Rhode Island St. | 07/24/2024 | -5,039.12 | Loan Repayment |
| | San Francisco, CA 94107 1/10 | 08/08/2024 | -5,842.59 | Loan Repayment |
| | | 08/20/2024 | -4,176.68 | Loan Repayment |
| | Relationship to Debtor | 09/05/2024 | -5,221.20 | Loan Repayment |
| | Manager of Debtor | 09/10/2024 | -3,807.22 | Loan Repayment |
| | | 09/20/2024 | -4,176.68 | Loan Repayment |
| | | 10/07/2024 | -4,193.48 | Loan Repayment |
| | | 10/10/2024 | -3,807.22 | Loan Repayment |
| | | 10/21/2024 | -4,193.48 | Loan Repayment |
| | | 11/04/2024 | -4,026.47 | Loan Repayment |
| | | 11/08/2024 | -3,807.22 | Loan Repayment |
| | | 11/15/2024 | -4,026.47 | Loan Repayment |
| | | 11/29/2024 | -3,981.86 | Loan Repayment |
| | | 12/10/2024 | -3,807.22 | Loan Repayment |
| | | 12/12/2024 | -3,981.86 | Loan Repayment |
| | | 12/13/2024 | -1,000.00 | Loan Repayment |
| | | 12/13/2024 | -5,000.00 | Loan Repayment |
| | | 12/13/2024 | -1,035.19 | Loan Repayment |
| | | 12/26/2024 | -3,930.11 | Loan Repayment |
| | | 01/09/2025 | -3,930.11 | Loan Repayment |
| | | 01/10/2025 | -3,807.22 | Loan Repayment |
| | | 01/24/2025 | -4,283.23 | Loan Repayment |
| | | 02/04/2025 | -2,500.00 | Loan Repayment |
| | | 02/05/2025 | -3,930.11 | Loan Repayment |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 4 - Insider Payments

| | | | |
|---|---|---|---|
| 02/10/2025 | -3,807.22 | | Loan Repayment |
| 02/20/2025 | -3,930.11 | | Loan Repayment |
| 03/07/2025 | -3,930.11 | | Loan Repayment |
| 03/10/2025 | -3,807.22 | | Loan Repayment |
| 03/20/2025 | -4,181.14 | | Loan Repayment |
| 04/04/2025 | -4,181.14 | | Loan Repayment |
| 04/10/2025 | -3,807.22 | | Loan Repayment |
| 04/14/2025 | -3,500.00 | | Loan Repayment |
| 04/17/2025 | -1,000.00 | | Loan Repayment |
| 04/18/2025 | -1,314.52 | | Loan Repayment |
| 04/25/2025 | -8,000.00 | | Loan Repayment |
| 04/30/2025 | -1,514.52 | | Loan Repayment |
| 05/06/2025 | -3,807.22 | | Loan Repayment |
| 05/13/2025 | -1,314.52 | | Loan Repayment |
| 05/16/2025 | -992.00 | | Loan Repayment |
| 05/16/2025 | -992.00 | | Loan Repayment |
| 05/27/2025 | -1,314.52 | | Loan Repayment |
| 06/02/2025 | -3,807.22 | | Loan Repayment |

**Total for The Avenues Hospitality Group Inc.**  **-$148,705.42**

**Total**  **-$594,831.22**

# STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

**Total for CA Dept of Tax and Fee Admin** **-$27,412.34**

Cooks Company Produce
Attn: Current Officer
942 Jerrold Avenue
**Cooks Company Produce** San Francisco, CA 94124

| Date | Amount | Category |
|------|--------|----------|
| 04/02/2025 | -3,826.45 | Suppliers/Vendors |
| 04/30/2025 | -2,418.80 | Suppliers/Vendors |
| 05/06/2025 | -20.00 | Suppliers/Vendors |
| 05/09/2025 | -193.35 | Suppliers/Vendors |
| 05/09/2025 | -102.05 | Suppliers/Vendors |
| 05/09/2025 | -215.20 | Suppliers/Vendors |
| 05/09/2025 | -628.70 | Suppliers/Vendors |
| 05/09/2025 | -278.00 | Suppliers/Vendors |
| 05/09/2025 | -253.05 | Suppliers/Vendors |
| 05/12/2025 | -80.60 | Suppliers/Vendors |
| 05/13/2025 | -522.50 | Suppliers/Vendors |
| 05/14/2025 | -529.85 | Suppliers/Vendors |
| 05/14/2025 | -127.65 | Suppliers/Vendors |
| 05/15/2025 | -170.80 | Suppliers/Vendors |
| 05/19/2025 | -130.65 | Suppliers/Vendors |
| 05/20/2025 | -278.05 | Suppliers/Vendors |
| 05/20/2025 | -43.25 | Suppliers/Vendors |
| 05/21/2025 | -655.90 | Suppliers/Vendors |
| 05/21/2025 | -393.60 | Suppliers/Vendors |
| 05/22/2025 | -231.30 | Suppliers/Vendors |
| 05/23/2025 | -783.35 | Suppliers/Vendors |
| 05/27/2025 | -271.00 | Suppliers/Vendors |
| 05/28/2025 | -167.10 | Suppliers/Vendors |
| 05/28/2025 | -175.68 | Suppliers/Vendors |
| 05/28/2025 | -325.25 | Suppliers/Vendors |
| 05/28/2025 | -264.15 | Suppliers/Vendors |
| 05/28/2025 | -195.70 | Suppliers/Vendors |

| | | | |
|---|---|---|---|
| | 05/29/2025 | -367.95 | Suppliers/Vendors |
| | 05/29/2025 | -686.30 | Suppliers/Vendors |
| | 05/30/2025 | -76.90 | Suppliers/Vendors |
| | 06/02/2025 | -64.05 | Suppliers/Vendors |
| **Total for COOKS COMPANY PRODUCE** | | **-$14,477.18** | |

**DoorDash Capital**

Doordash, Inc.
Attn: Current Officer
303 2nd Street, South Tower, Suite 800
San Francico, CA 94107

| | | | |
|---|---|---|---|
| | 04/01/2025 | -1,050.81 | MCA Payment |
| | 04/01/2025 | -528.95 | MCA Payment |
| | 04/01/2025 | -444.95 | MCA Payment |
| | 04/02/2025 | -992.97 | MCA Payment |
| | 04/03/2025 | -717.98 | MCA Payment |
| | 04/04/2025 | -368.21 | MCA Payment |
| | 04/07/2025 | -481.82 | MCA Payment |
| | 04/08/2025 | -1,054.77 | MCA Payment |
| | 04/08/2025 | -696.02 | MCA Payment |
| | 04/08/2025 | -397.13 | MCA Payment |
| | 04/09/2025 | -854.55 | MCA Payment |
| | 04/10/2025 | -419.69 | MCA Payment |
| | 04/11/2025 | -406.59 | MCA Payment |
| | 04/14/2025 | -428.13 | MCA Payment |
| | 04/14/2025 | -572.18 | MCA Payment |
| | 04/15/2025 | -513.74 | MCA Payment |
| | 04/15/2025 | -1,147.30 | MCA Payment |
| | 04/16/2025 | -663.54 | MCA Payment |
| | 04/17/2025 | -492.20 | MCA Payment |
| | 04/18/2025 | -392.61 | MCA Payment |
| | 04/21/2025 | -322.73 | MCA Payment |
| | 04/21/2025 | -604.08 | MCA Payment |

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days**

| Date | Amount | Description |
|---|---|---|
| 04/22/2025 | -494.69 | MCA Payment |
| 04/22/2025 | -1,181.69 | MCA Payment |
| 04/23/2025 | -766.83 | MCA Payment |
| 04/25/2025 | -243.43 | MCA Payment |
| 04/28/2025 | -207.56 | MCA Payment |
| 04/28/2025 | -331.38 | MCA Payment |
| 04/28/2025 | -424.68 | MCA Payment |
| 04/29/2025 | -871.00 | MCA Payment |
| 04/30/2025 | -618.88 | MCA Payment |
| 05/01/2025 | -458.22 | MCA Payment |
| 05/02/2025 | -301.03 | MCA Payment |
| 05/05/2025 | -324.67 | MCA Payment |
| 05/05/2025 | -385.54 | MCA Payment |
| 05/05/2025 | -412.84 | MCA Payment |
| 05/06/2025 | -776.11 | MCA Payment |
| 05/07/2025 | -644.02 | MCA Payment |
| 05/08/2025 | -583.96 | MCA Payment |
| 05/09/2025 | -239.80 | MCA Payment |
| 05/12/2025 | -270.81 | MCA Payment |
| 05/12/2025 | -326.28 | MCA Payment |
| 05/12/2025 | -409.39 | MCA Payment |
| 05/13/2025 | -690.45 | MCA Payment |
| 05/14/2025 | -417.99 | MCA Payment |
| 05/15/2025 | -359.81 | MCA Payment |
| 05/16/2025 | -352.78 | MCA Payment |
| 05/19/2025 | -268.77 | MCA Payment |
| 05/19/2025 | -415.33 | MCA Payment |
| 05/19/2025 | -261.83 | MCA Payment |
| 05/20/2025 | -716.29 | MCA Payment |
| 05/21/2025 | -723.21 | MCA Payment |
| 05/22/2025 | -624.57 | MCA Payment |

| | | | |
|---|---|---|---|
| | 05/23/2025 | -233.12 | MCA Payment |
| | 05/27/2025 | -214.23 | MCA Payment |
| | 05/27/2025 | -346.88 | MCA Payment |
| | 05/27/2025 | -288.74 | MCA Payment |
| | 05/27/2025 | -572.81 | MCA Payment |
| | 05/28/2025 | -591.30 | MCA Payment |
| | 05/29/2025 | -406.95 | MCA Payment |
| | 05/30/2025 | -340.67 | MCA Payment |
| | 06/02/2025 | -272.25 | MCA Payment |
| **Total for DoorDash Capital** | | **-$31,921.74** | |

Fiorella Management Group LLC
Attn: Managing Member
1185 Rhode Island Street
**FIORELLA MANAGEMENT GROUP**   San Francisco, CA 94107

| | | | |
|---|---|---|---|
| | 04/01/2025 | -1,000.00 | Insider Payable |
| | 04/01/2025 | -1,000.00 | Insider Payable |
| | 04/09/2025 | -2,000.00 | Insider Payable |
| | 04/22/2025 | -2,500.00 | Insider Payable |
| | 04/29/2025 | -1,000.00 | Insider Payable |
| | 05/05/2025 | -3,000.00 | Insider Payable |
| | 05/09/2025 | -2,000.00 | Insider Payable |
| | 05/16/2025 | -1,000.00 | Insider Payable |
| | 05/19/2025 | -2,500.00 | Insider Payable |
| | 05/21/2025 | -2,500.00 | Insider Payable |
| | 06/02/2025 | -1,500.00 | Insider Payable |
| **Total for FIORELLA MANAGEMENT GROUP** | | **-$20,000.00** | |

Individual Foodservice
Attn: Current Officer
5496 Lindbergh Lane
**Individual Foodservice**   Bell, CA 90201

| | | | |
|---|---|---|---|
| | 04/14/2025 | -4,307.52 | Suppliers/Vendors |
| | 05/22/2025 | -4,908.31 | Suppliers/Vendors |
| | 05/27/2025 | -4,908.31 | Suppliers/Vendors |

| | | | |
|---|---|---|---|
| **Total for INDIVIDUAL FOODSERVICE** | | **-$14,124.14** | |
| **Lettiere & Co., Ltd.** | Lettiere & Co., Ltd.<br>Attn: Current Officer<br>120 Park Lane<br>Brisbane, CA 94005 | | |
| | 04/10/2025 | -1,848.24 | Suppliers/Vendors |
| | 04/18/2025 | -1,533.34 | Suppliers/Vendors |
| | 04/25/2025 | -1,255.65 | Suppliers/Vendors |
| | 05/05/2025 | -1,485.99 | Suppliers/Vendors |
| | 05/09/2025 | -1,397.17 | Suppliers/Vendors |
| | 05/16/2025 | -1,988.32 | Suppliers/Vendors |
| | 05/22/2025 | -2,443.89 | Suppliers/Vendors |
| | 05/23/2025 | -3,019.90 | Suppliers/Vendors |
| | 05/29/2025 | -1,692.39 | Suppliers/Vendors |
| | 05/30/2025 | -1,127.48 | Suppliers/Vendors |
| | 06/06/2025 | -859.46 | Suppliers/Vendors |
| | 06/09/2025 | -85.12 | Suppliers/Vendors |
| | 06/13/2025 | -1,201.60 | Suppliers/Vendors |
| | 06/18/2025 | -1,424.31 | Suppliers/Vendors |
| | 06/20/2025 | -1,510.31 | Suppliers/Vendors |
| | 06/23/2025 | -64.45 | Suppliers/Vendors |
| | 06/26/2025 | -64.45 | Suppliers/Vendors |
| | 06/27/2025 | -1,345.54 | Suppliers/Vendors |
| **Total for LETTIERI & CO.** | | **-$24,347.61** | |
| **Lightspeed Capital, Inc.** | Lightspeed Capital, Inc.<br>Attn: Current Officer<br>575 Lexington Ave, Suite 4005<br>New York NY 10022 | | |
| | 05/09/2025 | -842.85 | MCA Payment |
| | 05/12/2025 | -518.86 | MCA Payment |
| | 05/13/2025 | -2,877.86 | MCA Payment |
| | 05/14/2025 | -1,470.87 | MCA Payment |
| | 05/15/2025 | -935.36 | MCA Payment |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| | | | | |
|---|---|---|---|---|
| | | 05/16/2025 | -561.32 | MCA Payment |
| | | 05/19/2025 | -737.80 | MCA Payment |
| | | 05/20/2025 | -3,541.99 | MCA Payment |
| | | 05/21/2025 | -1,682.15 | MCA Payment |
| | | 05/22/2025 | -1,011.35 | MCA Payment |
| | | 05/27/2025 | -671.86 | MCA Payment |
| | | 05/28/2025 | -2,727.95 | MCA Payment |
| | | 05/28/2025 | -1,069.66 | MCA Payment |
| | | 05/29/2025 | -789.26 | MCA Payment |
| | | 05/30/2025 | -588.85 | MCA Payment |
| **Total for Lightspeed** | | | **-$20,027.99** | |
| **Project Pizza Noe LLC** | Project Pizza Noe LLC<br>Attn: Managing Member<br>4042 24th Street<br>San Francisco, CA 94114 | | | |
| | | 04/17/2025 | -6,612.18 | Insider Transfer |
| | | 04/26/2025 | -7,000.00 | Insider Transfer |
| | | 05/05/2025 | -2,500.00 | Insider Transfer |
| | | 05/09/2025 | -15,000.00 | Insider Transfer |
| | | 05/24/2025 | -3,500.00 | Insider Transfer |
| **Total for project pizza noe llc** | | | **-$34,612.18** | |
| **The Avenues Hospitality Group Inc** | The Avenues Hospitality Group Inc<br>Attn: Boris nemchenok, CEO<br>1185 Rhode Island St.,<br>San Francisco, CA 94107 | | | |
| | | 04/04/2025 | -4,181.14 | Insider Payable |
| | | 04/10/2025 | -3,807.22 | Insider Payable |
| | | 04/11/2025 | 8,000.00 | Insider Payable |
| | | 04/14/2025 | -3,500.00 | Insider Payable |
| | | 04/16/2025 | 1,000.00 | Insider Payable |
| | | 04/17/2025 | -1,000.00 | Insider Payable |
| | | 04/18/2025 | -1,314.52 | Insider Payable |
| | | 04/25/2025 | -8,000.00 | Insider Payable |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 3 - Payments in Past 90 Days

| | | | |
|---|---|---|---|
| 04/30/2025 | -1,514.52 | | Insider Payable |
| 05/06/2025 | -3,807.22 | | Insider Payable |
| 05/13/2025 | -1,314.52 | | Insider Payable |
| 05/16/2025 | -992.00 | | Insider Payable |
| 05/16/2025 | -992.00 | | Insider Payable |
| 05/27/2025 | -1,314.52 | | Insider Payable |
| 06/02/2025 | -3,807.22 | | Insider Payable |

**Total for THE AVENUES HOSPITALITY GROUP INC**  **-$26,544.88**

**TOTAL**  **-$272,530.81**

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Insider Payments
## Payments Benefitting Insiders (1 Year)
## PROJECT PIZZA POLK LLC
## July 1, 2024-July 2, 2025

| Payee | Address/Relationship | Payment Dates | Amounts Paid | Reason for Payments |
|---|---|---|---|---|
| Edward Shapiro | 1244 15th Ave. San Francisco, CA 94112 | | | |
| | | 08/09/2024 | -1,943.51 | Loan Payment |
| | Relationship to Debtor: Member of Debtor | 08/13/2024 | -1,943.51 | Loan Payment |
| | | 09/06/2024 | -1,943.51 | Loan Payment |
| | | 09/13/2024 | -1,943.51 | Loan Payment |
| | | 10/10/2024 | -1,943.51 | Loan Payment |
| | | 12/23/2024 | -941.79 | Loan Payment |
| | | 12/30/2024 | -941.79 | Loan Payment |
| | | 01/21/2025 | -941.79 | Loan Payment |
| **Total for Edward Shapiro** | | | **-$12,542.92** | |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. Attn: Jamie Dimon, CEO 1111 Polaris Pkwy Columbus, OH 43240-0000 | | | |
| | | 07/22/2024 | -421.00 | Payment to Credit Card |
| | Relationship to Debtor: Payments on credit card guaranteed by Debtor's insider | 07/24/2024 | -25.00 | Payment to Credit Card |
| | | 07/31/2024 | -23.20 | Payment to Credit Card |
| | | 08/05/2024 | -68.00 | Payment to Credit Card |
| | | 08/22/2024 | -439.00 | Payment to Credit Card |
| | | 08/30/2024 | -23.20 | Payment to Credit Card |
| | | 09/05/2024 | -200.00 | Payment to Credit Card |
| | | 09/30/2024 | -35.40 | Payment to Credit Card |
| | | 10/03/2024 | -30.00 | Payment to Credit Card |

| Date | Amount | Description |
|---|---|---|
| 10/24/2024 | -424.00 | Payment to Credit Card |
| 10/25/2024 | -25.00 | Payment to Credit Card |
| 10/28/2024 | -25.00 | Payment to Credit Card |
| 10/31/2024 | -39.80 | Payment to Credit Card |
| 11/05/2024 | -30.00 | Payment to Credit Card |
| 11/25/2024 | -445.00 | Payment to Credit Card |
| 11/29/2024 | -8.00 | Payment to Credit Card |
| 12/22/2024 | -429.00 | Payment to Credit Card |
| 12/31/2024 | -8.00 | Payment to Credit Card |
| 01/31/2025 | -8.00 | Payment to Credit Card |
| 02/10/2025 | -435.00 | Payment to Credit Card |
| 02/28/2025 | -8.00 | Payment to Credit Card |
| 03/24/2025 | -392.00 | Payment to Credit Card |
| 03/31/2025 | -8.00 | Payment to Credit Card |
| 04/30/2025 | -8.00 | Payment to Credit Card |
| 05/27/2025 | -404.00 | Payment to Credit Card |
| 05/30/2025 | -8.00 | Payment to Credit Card |
| 05/31/2025 | 265.32 | Payment to Credit Card |

**Total for JPMorgan Chase Bank, N.A.**     **-$3,704.28**

Project Pizza LLC dba Fiorella Clement
2339 Clement Avenue
San Francisco, CA 94121

| Date | Amount | Description |
|---|---|---|
| 07/25/2024 | -7,730.81 | Repayment of Transfers Received from Fiorella Clement |
| 10/09/2024 | -12,000.00 | Repayment of Transfers Received from Fiorella Clement |
| 10/24/2024 | -25,000.00 | Repayment of Transfers Received from Fiorella Clement |
| 05/20/2025 | -5,000.00 | Repayment of Transfers Received from Fiorella Clement |

Relationship to Debtor:
Affiliate. 11 U.S.C. §101(2), (31)

**Total for Project Pizza LLC dba Fiorella Clement**     **-$49,730.81**

Fiorella Commissary LLC

("Commissary")

| Date | Amount | Description |
|---|---|---|
| 07/01/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/02/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/05/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/09/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/10/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/11/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/12/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/14/2024 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/18/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/22/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/24/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/25/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/29/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 07/31/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/01/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/05/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/12/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/14/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/15/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/19/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/19/2024 | -1,250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/21/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/22/2024 | -1,250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/26/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/27/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 08/28/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |

| Date | Amount | Description |
|---|---|---|
| 08/30/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/03/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/05/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/06/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/09/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/13/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/19/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/23/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/27/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/28/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 09/30/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/02/2024 | -2,750.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/07/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/15/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/18/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/21/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/23/2024 | -2,750.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/25/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/28/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/30/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 10/31/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/01/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/01/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/05/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/06/2024 | -250.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/07/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/08/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/12/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/13/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/14/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/15/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |

| Date | Amount | Description |
|---|---|---|
| 11/16/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/18/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/19/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/19/2024 | -500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/20/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/21/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/21/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/22/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/23/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 11/29/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/02/2024 | -2,900.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/05/2024 | -2,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/06/2024 | -1,200.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/06/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/09/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/13/2024 | -2,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/14/2024 | -1,800.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/17/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/19/2024 | -1,500.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/20/2024 | -3,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/23/2024 | -1,000.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/24/2024 | -700.00 | Payment for Supplies Provided to Debtor from Comissary |
| 12/27/2024 | -1,900.00 | Payment for Supplies Provided to Debtor from Comissary |
| 03/17/2025 | -4,000.00 | Payment for Supplies Provided to Debtor from Comissary |

**Total for Fiorella Commissary LLC**

**-$157,850.00**

Fiorella Management Group

| Date | Amount | Description |
|---|---|---|
| 07/03/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/16/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/19/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| Date | Amount | Description |
|---|---|---|
| 07/29/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 07/31/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/01/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/14/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/15/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/21/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/27/2024 | -3,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 08/28/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/10/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/12/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/19/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/24/2024 | -2,600.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 09/30/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/01/2024 | -750.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/16/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/17/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/21/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/24/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 10/29/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/01/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/04/2024 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/06/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| Date | Amount | Description |
|---|---|---|
| 11/06/2024 | -100.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/12/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/12/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/14/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/18/2024 | -2,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/19/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/26/2024 | -200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 11/27/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/02/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/09/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/10/2024 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/12/2024 | -1,200.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/13/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/16/2024 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/17/2024 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/24/2024 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/30/2024 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 12/31/2024 | -2,600.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/08/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/13/2025 | -2,800.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/14/2025 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/21/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Insider Payments

| Date | Amount | Description |
|---|---|---|
| 01/27/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 01/28/2025 | -1,800.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/11/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/13/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/19/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/24/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 02/25/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/11/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/12/2025 | -1,100.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/19/2025 | -500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/24/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/25/2025 | -700.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 03/31/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/01/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/01/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/09/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/22/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 04/29/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/05/2025 | -3,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/09/2025 | -2,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/16/2025 | -1,000.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| 05/19/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |

| | | | |
|---|---|---:|---|
| | 05/21/2025 | -2,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| | 06/02/2025 | -1,500.00 | Salary Payments to Member Brandon Gillis, Human Resources Director, & Culinary Director |
| **Total for Fiorella Management Group** | | **-$110,450.00** | |
| Project Pizza Sunset LLC dba Fiorella Sunset | 1240 9th Ave. San Francisco, CA 94122 | | |
| | 07/09/2024 | -8,143.18 | Repayment of Transfers Received from Fiorella Sunset |
| Relationship to Debtor: Affiliate. 11 U.S.C. §101(2), (31) | 07/17/2024 | -4,815.46 | Repayment of Transfers Received from Fiorella Sunset |
| | 07/25/2024 | -10,982.70 | Repayment of Transfers Received from Fiorella Sunset |
| | 07/31/2024 | -2,146.05 | Repayment of Transfers Received from Fiorella Sunset |
| | 08/31/2024 | -2,979.46 | Repayment of Transfers Received from Fiorella Sunset |
| | 09/30/2024 | -2,158.30 | Repayment of Transfers Received from Fiorella Sunset |
| | 10/31/2024 | -2,141.88 | Repayment of Transfers Received from Fiorella Sunset |
| | 11/30/2024 | -2,304.53 | Repayment of Transfers Received from Fiorella Sunset |
| | 12/31/2024 | -1,388.95 | Repayment of Transfers Received from Fiorella Sunset |
| **Total for Project Pizza Sunset LLC dba Fiorella Sunset** | | **-$37,060.51** | |
| Project Pizza NOE, LLC dba Fiorella Noe | 4042 24th St. San Francisco, CA 94122 | | |
| | 11/15/2024 | -1,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 12/24/2024 | -2,500.00 | Repayment of Transfers Received from Fiorella NOE |
| Relationship to Debtor: Affiliate. 11 U.S.C. §101(2), (31) | 01/06/2025 | -1,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 01/06/2025 | -500.00 | Repayment of Transfers Received from Fiorella NOE |
| | 01/29/2025 | -5,623.49 | Repayment of Transfers Received from Fiorella NOE |
| | 02/15/2025 | -7,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 02/17/2025 | -1,500.00 | Repayment of Transfers Received from Fiorella NOE |
| | 03/15/2025 | -3,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 04/17/2025 | -6,612.18 | Repayment of Transfers Received from Fiorella NOE |
| | 04/26/2025 | -7,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/05/2025 | -2,500.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/06/2025 | 2,500.00 | Repayment of Transfers Received from Fiorella NOE |

# STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Insider Payments

| | | | |
|---|---|---|---|
| | 05/09/2025 | -15,000.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/24/2025 | -3,500.00 | Repayment of Transfers Received from Fiorella NOE |
| | 05/28/2025 | 3,500.00 | Repayment of Transfers Received from Fiorella NOE |
| **Project Pizza NOE, LLC dba Fiorella Noe** | | **-$50,735.67** | |
| Retail Capital dba Credibly | | | |
| 25200 Telegraph Rd Ste 350 Southfield, MI 48033 | 10/25/2024 | -814.00 | Loan Repayment |
| | 10/26/2024 | -814.00 | Loan Repayment |
| Relationship to Debtor: | 10/29/2024 | -814.00 | Loan Repayment |
| Payments on loans guaranteed by Debtor's insider | 10/30/2024 | -814.00 | Loan Repayment |
| | 10/31/2024 | -814.00 | Loan Repayment |
| | 11/01/2024 | -814.00 | Loan Repayment |
| | 11/02/2024 | -814.00 | Loan Repayment |
| | 11/05/2024 | -814.00 | Loan Repayment |
| | 11/06/2024 | -814.00 | Loan Repayment |
| | 11/07/2024 | -814.00 | Loan Repayment |
| | 11/08/2024 | -814.00 | Loan Repayment |
| | 11/12/2024 | -814.00 | Loan Repayment |
| | 11/13/2024 | -814.00 | Loan Repayment |
| | 11/14/2024 | -814.00 | Loan Repayment |
| | 11/15/2024 | -814.00 | Loan Repayment |
| | 11/16/2024 | -814.00 | Loan Repayment |
| | 11/19/2024 | -814.00 | Loan Repayment |
| | 11/20/2024 | -814.00 | Loan Repayment |
| | 11/21/2024 | -814.00 | Loan Repayment |
| | 11/22/2024 | -814.00 | Loan Repayment |
| | 11/25/2024 | -814.00 | Loan Repayment |
| | 11/26/2024 | -814.00 | Loan Repayment |
| | 11/27/2024 | -814.00 | Loan Repayment |
| | 11/28/2024 | -814.00 | Loan Repayment |

| | | | |
|---|---|---|---|
| | 12/04/2024 | -814.00 | Loan Repayment |
| | 03/12/2025 | -1,233.87 | Loan Repayment |
| | 03/19/2025 | -1,233.87 | Loan Repayment |
| | 04/02/2025 | -1,233.87 | Loan Repayment |
| **Total for Retail Capital dba Credibly** | | **-$24,051.61** | |
| The Avenues Hospitality Group Inc. | | | |
| 1185 Rhode Island St. | 07/24/2024 | -5,039.12 | Loan Repayment |
| San Francisco, CA 94107 1/10 | 08/08/2024 | -5,842.59 | Loan Repayment |
| | 08/20/2024 | -4,176.68 | Loan Repayment |
| Relationship to Debtor | 09/05/2024 | -5,221.20 | Loan Repayment |
| Manager of Debtor | 09/10/2024 | -3,807.22 | Loan Repayment |
| | 09/20/2024 | -4,176.68 | Loan Repayment |
| | 10/07/2024 | -4,193.48 | Loan Repayment |
| | 10/10/2024 | -3,807.22 | Loan Repayment |
| | 10/21/2024 | -4,193.48 | Loan Repayment |
| | 11/04/2024 | -4,026.47 | Loan Repayment |
| | 11/08/2024 | -3,807.22 | Loan Repayment |
| | 11/15/2024 | -4,026.47 | Loan Repayment |
| | 11/29/2024 | -3,981.86 | Loan Repayment |
| | 12/10/2024 | -3,807.22 | Loan Repayment |
| | 12/12/2024 | -3,981.86 | Loan Repayment |
| | 12/13/2024 | -1,000.00 | Loan Repayment |
| | 12/13/2024 | -5,000.00 | Loan Repayment |
| | 12/13/2024 | -1,035.19 | Loan Repayment |
| | 12/26/2024 | -3,930.11 | Loan Repayment |
| | 01/09/2025 | -3,930.11 | Loan Repayment |
| | 01/10/2025 | -3,807.22 | Loan Repayment |
| | 01/24/2025 | -4,283.23 | Loan Repayment |
| | 02/04/2025 | -2,500.00 | Loan Repayment |
| | 02/05/2025 | -3,930.11 | Loan Repayment |

## STATEMENT OF FINANCIAL AFFAIRS - RIDER 30 - Insider Payments

| Date | Amount | Type |
|---|---|---|
| 02/10/2025 | -3,807.22 | Loan Repayment |
| 02/20/2025 | -3,930.11 | Loan Repayment |
| 03/07/2025 | -3,930.11 | Loan Repayment |
| 03/10/2025 | -3,807.22 | Loan Repayment |
| 03/20/2025 | -4,181.14 | Loan Repayment |
| 04/04/2025 | -4,181.14 | Loan Repayment |
| 04/10/2025 | -3,807.22 | Loan Repayment |
| 04/14/2025 | -3,500.00 | Loan Repayment |
| 04/17/2025 | -1,000.00 | Loan Repayment |
| 04/18/2025 | -1,314.52 | Loan Repayment |
| 04/25/2025 | -8,000.00 | Loan Repayment |
| 04/30/2025 | -1,514.52 | Loan Repayment |
| 05/06/2025 | -3,807.22 | Loan Repayment |
| 05/13/2025 | -1,314.52 | Loan Repayment |
| 05/16/2025 | -992.00 | Loan Repayment |
| 05/16/2025 | -992.00 | Loan Repayment |
| 05/27/2025 | -1,314.52 | Loan Repayment |
| 06/02/2025 | -3,807.22 | Loan Repayment |

**Total for The Avenues Hospitality Group Inc.**    **-$148,705.42**

**Total**    **-$594,831.22**

# United States Bankruptcy Court
## Northern District of California

In re  **Project Pizza Polk LLC**          Case No. _____

Debtor(s)      Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Boris Nemchenok**<br>**1185 Rhode Island Street**<br>**San Francisco, CA 94107** | | **48.58%** | **Member, Membership** |
| **Brandon Gillis**<br>**305 26th Ave.**<br>**San Francisco, CA 94121** | | **20.88%** | **Member, Membership** |
| **Edward Shapiro**<br>**1244 15th Avenue**<br>**San Francisco, CA 94112** | | **26.53%** | **Member, Membership** |
| **Georgi Vladimirov**<br>**110 Clifton Pl., Apt. 4A**<br>**Brooklyn, NY 11238** | | **4%** | **Member, Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO of Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 2, 2025**         Signature   **/s/ Boris Nemchenok**

**Boris Nemchenok**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **Project Pizza Polk LLC**

_____  Debtor(s).                /

CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __40__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July  2, 2025**

                    **/s/ Matthew D. Metzger**
                    Signature of Debtor's Attorney or Pro Per Debtor

Abil May
455 EDDY ST APT 610
SAN FRANCISCO, CA 94109

Abimelec Uh May
478 Golden Gate Ave Apt 234
San Francisco, CA 94102

Abner Adolfo Reyna Rabanales
3446 Mission Street
San Francisco, CA 94110

Abraham Kantun
1917 Mission Street
San Francisco, CA 94103

Adalberto Galvez
1933 Mission Apt 6
San Francisco, CA 94103

Aidan De Jong
2526 Union Street
San Francisco, CA 94123

Alejandra Solis
737 Post Street
San Francisco, CA 94109-6100

Alex Hawes
295 12th Ave Apt 102
San Francisco, CA 94118

Alex Vega
451 Kansas Street
San Francisco, CA 94107


Alfredo Rivera
161 Margaret Avenue
San Francisco, CA 94112


Alluvial Wines inc
Attn: Current Officer
21c Orinda Way, #240
Orinda, CA 94563


Alsco
Attn: Current Officer
1575 indiana
San Francisco, CA 94107


Amelia E Egland
1225 41st Ave
San Francisco, CA 94122


Amy Kunert
1212 10th Avenue
San Francisco, CA 94122


Angel Gabriel Canache Chan
951 O Farrell Street
San Francisco, CA 94109


Anna Runnalls
517 36TH AVENUE APT# 302
SAN FRANCISCO, CA 94121

Anthony L Sepulveda
1395 Golden Gate Ave Apt 208
San Francisco, CA 94115


Anthony Sepulveda
1395 Golden Gate Ave Apt 208
San Francisco, CA 94115


Anthony Silva
1496 28th Avenue
San Francisco, CA 94122


Antonio Hernandez Perez
465 Ellis St Apt 510
San Francisco, CA 94102


Antonio Landeros
735 Ofarrell #23
San Francisco, CA 94109


Apolinar Rubio
PoBox 612
Daly City, CA 94017


Armando Yeh
1225 Alemany Boulevard
San Francisco, CA 94112


Arturo Aguirre
2484 Alemany Boulevard
San Francisco, CA 94112

Asel Arzymatova
1430 43rd Avenue
San Francisco, CA 94122-2923


Asma El Boujamaai Stricklin
1739 Washington Street
San Francisco, CA 94109


Autochlor
Attn: Current Officer
971 25th Street
San Francisco, CA 94107


Bear Bottom Frms, Inc.
Attn: Current Officer
508 De Carlo Avenue
Richmond, CA 94801


Blake Goeppert
2329 Funston Ave
San Francisco, CA 94116


Bon Air Services
Attn: Current Officer
PO Box 77002
San Francisco, CA 94107


Bonifacio Ramirez Cruz
332 Russia Ave
San Francisco, CA 94112


Boris Nemchenok
1185 Rhode Island Street
San Francisco, CA 94107

Brandon Gillis
305 26th Ave.
San Francisco, CA 94121


Brayan Bamaca
142 London Street
San Francisco, CA 94112-2053


Breanne Bettencourt
1725 Van Ness Ave Apt 501
San Francisco, CA 94109


Brian H Henken
806 41st Ave
San Francisco, CA 94121


Brian Levin
306A Carl St
San Francisco, CA 94117


Brittney Akerley
3100 Fulton Street
San Francisco, CA 94118


Brooks Jett
1205 Hyde St
San Francisco, CA 94109


Buu Buu Vuu
409 10th Ave #308
San Francisca, CA 94118

California Depart of Tax & Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Camilo Alvarez
1177 Market Street
San Francisco, CA 94103


Carla Andrade
3681 Mission Street
San Francisco, CA 94110


Carlos Cano
540 Capp St
San Francisco, CA 94110


Carlos Orlando Gongora Suarez
18 Mission St
San Francisco, CA 94110


Carlos Reyes Yeh
50 Turk St Apt 50
San Francisco, CA 94102


Celtic Bank Corporation
Attn: Tim McGoff, Reg. Agent
9939 Hibert Street, Suite 209
San Francisco, CA 94105


Chambers & Chambers Wine Merchants
Attn: Current Officer
511 Alexis court
Napa, CA 94558

Charles C Gay
3400 Richmond Parkway
Richmond, CA 94806


Chloe Zimpelman
5501 Santa Rita Avenue
Garden Grove, CA 92845-1043


Christopher B Tarbell
1338 35th Avenue
San Francisco, CA 94122-1329


Claudia Aguilera
675 O Farrell Street
San Francisco, CA 94109


Claudia Perez
1227 7th Avenue
San Francisco, CA 94122


Cooks Company
Attn: Current Officer
1942 Jerrold Ave.
San Francisco, CA, CA 94124


Copa Fina Fine Wine Imports
Attn: Current Officer
4200 Park Blvd #651
Oakland, CA 94602


Corfini Meat & Seafood
Attn: Current Officer
145 S hill drive,
Brisbane,, CA 94005

Cortne Digby
567 Athol Avenue
Oakland, CA 94606


Cozzoni
Attn: Current Officer
8430 W Bryn Mawr Ave, Ste 800,
Chicago, IL 60631


Cruess Wine Co
Attn: Current Officer
PO Box 70009,
Point Richmond,, CA 94807


Danee L Asemgar
1610 Sutter Street
San Francisco, CA 94109


Daniel Ascencio
2268 Larkin Street
San Francisco, CA 94109


Daniel De La Cruz Vazquez
300 Hamilton Street
San Francisco, CA 94131


Daniel Mooney
1465 20th Avenue
San Francisco, CA 94122


Danielle Schindler
4126 Pacheco St
San Francisco, CA 94116

Darlene Jimenez
364 Palomar Drive
Daly City, CA 94015


David Geronimo
345 6th St
San Francisco, CA 94103


Dinora Navarro
491 11th Ave Apt A
San Francisco, CA 94118


Dolce Neve Espresso Machines & Sa
Attn: Current Officer
1364 N. McDowell Blvd, Ste. 14,
Petaluma,, CA 94954


Domingo Hernandez Cruz
60 Leavenworth Street
San Francisco, CA 94102


Dreamt Design & Build
Attn: Current Officer
191 5th Ave #2,
San Francisco, CA 94118


Edilberto Puc
338 Capp Street
San Francisco, CA 94110


Eduardo Poot Itza
316 Capp Street
San Francisco, CA 94110

Edward Shapiro
1244 15th Avenue
San Francisco, CA 94112


Eli Franco
69 Madison Street
San Francisco, CA 94134


ELIAS RUIZ
245 LEAVENWORTH ST
SAN FRANCISCO, CA 94102


Elisa Walrath
1550 162nd Avenue
San Leandro, CA 94578


Elizabeth Aranda
427 34th Avenue
San Francisco, CA 94121-1646


Elizabeth Blackwell
225 Lincoln Wy
San Francisco, CA 94122


Elizabeth Mcmahon
160 Eastwood Dr
San Francisco, CA 94112


Elizabeth N Andolong
1050 FRANKLIN ST
San Francisco, CA 94109

Elizabeth Pera
4107 California St Apt 3
San Francisco, CA 94118


Elmer Ku
374 Harkness Avenue
San Francisco, CA 94134-2159


Emanuel Magana Zapata
218 Capp Street
San Francisco, CA 94110


Emily Schmalhofer
7309 Geary Boulevard
San Francisco, CA 94121


Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enrique Delgado
172 BLYTHEDALE AVE
SAN FRANCISCO, CA 94134


Eric W Fletcher
460 Fell St Apt #1
San Francisco, CA 94102


Erika F Mendez
10 Scotia Street
San Francisco, CA 94124

Erin Cerasaro
1227 Masonic Avenue APT #6
San Francisco, CA 94117


Esmelin Romero Sosa
49 Abbot Ave
Daly City, CA 94104


Esteban Aquino
50 Edinburgh Street
San Francisco, CA 94112


Ethan Nelson
2322 Larkin St
San Francisco, CA 94109


FDIC as Receiver for First Republic Bank
Attention: Claims Agent
600 N. Pearl Street, Suite 700
Dallas, TX 75201


Fernando Dimas Velazquez
3955 17th Street APT 1
San Francisco, CA 94114


Fernando Garcia
1411 Florida Street
San Francisco, CA 94110


Fernando Parra Dzul
382 25th Avenue
San Francisco, CA 94121

Fiorella Commissary LLC
Attn: Brandon Gillis, Managing Member
1240 9th Avenue
San Francisco, CA 94112


Fiorella Kennedy
1215 Pacific Ave
San Francisco, CA 94109


Francesca Cunningham
517 36TH AVE APT 304
SAN FRANCISCO, CA 94121


Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Franklyn Suarez
818 Hensley Avenue
San Bruno, CA 94066


Freddy Peraza Ku
1040 Balboa Street
San Francisco, CA 94118


Freedom J Rains
50 Elizabeth St
San Francisco, CA 94110


Fresca Italia, Inc.
Attn: Current Officer
107 Park Lane
Brisbane, CA 94005

Friuli Italian Wine Imports LLC
Attn: Current Officer
930 Mclaughlin Ave
San Jose, CA 95122


Gas 2 You, Inc.
Attn: Current Officer
3994 Bayshore Blvd.,
Brisbane, CA 94005


George Mullen
4244 Fulton St
San Francisco, CA 94121


Georgi Vladimirov
110 Clifton Pl., Apt. 4A
Brooklyn, NY 11238


German Medina
316 Valencia Street
San Francisco, CA 94103


Ghost Town Brewing
Attn: Current Officer
1960 Adeline st.
Oakland, CA 94607


Gillian Kelley
33 Montclair Terrace
San Francisco, CA 94109


Golden Gate Meat Company, Inc.
Attn: Current Officer
803 Wright ave,
Richmond, CA 94804

Grace Hohman
5308590431
San Francisco, CA 94115


Grady Neilan
1278 Funston Ave
San Francisco, CA 94122


Guadalupe Chan Novelo
710 8th Ave
San Francisco, CA 94118


Guadalupe Chan Novelo
710 Cabrillo St
San Francisco, CA 94118


Gwendolyn Reagen
253 Webster St
San Francisco, CA 94117


Hailey Inacio
3900 Gagor Dr
Modesto, CA 95356


Handley Cellars
Attn: Current Officer
PO Box 66,
Philo, CA 95466


Harun Guzel
411 OFarrell Street
San Francisco, CA 94102

Heidi Colin
2432 A Folsom St
San Francisco, CA 94110


Heidi Schmierer
4433 Lincoln Way
San Francisco, CA 94122-1156


Hilary Pedigo
1003 Lincoln Way
San Francisco, CA 94122


Huber Gamboa
3446 Mission Street
San Francisco, CA 94110-5437


Ian Beermann
729 Leavenworth Street
San Francisco, CA 94109


Individual Foodservice
Attn: Current Officer
5496 Lindbergh Lane,
Bell, CA 90201


inKind Cards, Inc.
Attn: Current Officer
610 W. Live Oak Street
Austin, TX 78704


inKind Cards, Inc.
c/o VCorp Services, LLC, Agent
108 West 13th Street, Ste. 100
Wilmington, DE 19801

inKind Cards, Inc.
Attn: Johann Moonesinghe, CEO
600 Congress Ave., Ste. 1700
Austin, TX 78704


InKind Credit Fund LP
Attn: General Partner
850 New Burton Rd., Ste. 201
Dover, DE 19904


Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346


Isabelle Rea
1401 30th Ave Apt 3
San Francisco, CA 94122


Ismail Tertip
1246 42nd Avenue
San Francisco, CA 94122


Italfoods Inc
Attn: Current Officer
P O Box 7511,
San Francisco, CA 94120-7511


Jair Solano
55 Park Street
San Francisco, CA 94110-5875


Jaylene Moore
320 11th Avenue
San Francisco, CA 94118

Jenelyn B Paza
308 Turk Street Apt 19
San Francisco, CA 94102


Jennifer Marin
480 Ellis St Apt 339
San Francisco, CA 94102


Jeremiah Rushing-Hart
3010 Fulton Street
San Francisco, CA 94118-3867


Jesus E Poot Puc
888 Ofarrell St
San Francisco, CA 94109


Jesus Romero
1029 Geary Street
San Francisco, CA 94109


Joel Euan Chan
665 Eddy Street Apt 56
San Francisco, CA 94109


Jon M Chase
3750 Willow Pass Road
Concord, CA 94519


Jorge A Dzib Medina
321 9th Ave Apt 11
San Francisco, CA 94118

Jorge C Escobedo
775 Treat Ave Apt 3
San Francisco, CA 94110


Jorge Colli
326 Monterey Boulevard
San Francisco, CA 94131


Jorge David Cab Caamal
545 OFarrell Street
San Francisco, CA 94102-1960


Jorge Gonzalez
850 Mills Avenue
San Bruno, CA 94066


Josalyn M Townes
1455 Leavenworth Street
San Francisco, CA 94109


Jose Alfredo Poot
1225 Alemany Blvd
San Francisco, CA 94112


Jose Arce
3351 18th St Apt 8
San Francisco, CA 94110


Jose E Mul May
1225 Alemany Blvd
San Francisco, CA 94112

Jose Ediverto Santis
42 6th Street
San Francisco, CA 94103-1609


Jose Guardado
437 Hyde St
San Francisco, CA 94109


Jose Lopez Perlera
2472 BRYANT ST APT 2472
SAN FRANCISCO, CA 94110


Jose Manuel Canche Chan
2238 Polk St
San Francisco, CA 94109


JPMorgan Chase Bank, N.A.
Attn: Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
P.O. Box 15123
Wilmington, DE 19850-5123


JPMorgan Chase Bank, NA
PO Box 29071
Glendale, CA 91209


Juan Antonio O Rodriguez
350 Turk St. # 704
San Francisco, CA 94102

Juan Catzim
1845 Mission Street
San Francisco, CA 94103


Juan Jeremias Chan Cauich
888 OFarrell Street
San Francisco, CA 94109-7000


Juan Manuel Velazquez Luna
16 Juan Bautista Circle
San Francisco, CA 94132


Juan Mendoza
61 Crestwood Dr Apt 16
Daly City, CA 94015


Juan Perez
3521 18th Street
San Francisco, CA 94110-1666


Julia Park
1375 26th Ave
San Francisco, CA 94122


Julio Caamal
2250 Mission St
San Francisco, CA 94110


Julio Cruz Perez
465 Ellis St Apt 206
San Francisco, CA 94102

Julio Dominguez Dzul
18 Mission Street
San Francisco, CA 94105


Justin Barboza
104 Esplanade Avenue
Pacifica, CA 94044


Kali Murray Russell
1441 Hyde Street
San Francisco, CA 94109


Karen Andrea Sepulveda DeNunez
606 Post Street
San Francisco, CA 94109


Karen Vanessa Franco Martinez
3088 27th St
San Francisco, CA 94110


Karla Matamoros
277 London St
San Francisco, CA 94112


Katarina Francesconi
1549 1/2 Leavenworth St
San Francisco, CA 94109


Kathleen Steinmetz
1106 Bush St #304
San Francisco, CA 94109

Kathryne Bennett
3009 Mission Street #206
San Francisco, CA 94110


Kellene Risslen
1375 26th Avenue
San Francisco, CA 94122


Kelley Haughey
815 Leavenworth St
San Francisco, CA 94109


Kimthi Nguyen
3315 Steiner Street Apt 14
San Francisco, CA 94123


Kyra Young
1127 Judah Street
San Francisco, CA 94122


Lane Milburn
7 Davis Drive
Tiburon, CA 94920


Laura Ortiz
22 Delgado Place
San Francisco, CA 94109


Lauren Martinelli
972 Bush Street
San Francisco, CA 94109

Lettieri & Co.
Attn: Current Officer
120 Park Ln,
Brisbane, CA 94005


Leyla Spositto
1730 Hyde Street
San Francisco, CA 94109


Lidia Diaz Juarez
957 Mission St
San Francisco, CA 94103


Light Soda on Tap
Attn: Current Officer
426 Valley Dr.
Brisbane, CA 94005


Lightspeed Capital, Inc.
Attn: Current Officer
575 Lexington Ave, Suite 4005
New York, NY 10022


Lightspeed Capital, Inc.
Attn: Current Officer
700 Saint-Antoine Street East, Suite 300
Montréal, Québec, H2Y 1A6
CANADA


Luis Forero
795 Geary St #103
San Francisco, CA 94109


Luis Santamaria
201 TURK ST APT 201
SAN FRANCISCO, CA 94102

Lynn M Mc Ardle
225 Lincoln Way
San Francisco, CA 94122


Ma Guadalupe Tremillo Maturino
155 Abbot Ave
Daly City, CA 94014


Mackenzie Crosby
1623 48TH AVE
SAN FRANCISCO, CA 94122


Manuel Briceno Gonzalez
2250 Mission St Pt 204
San Francisco, CA 94110


Manuel Cid
980 Bush St Apt 202
San Francisco, CA 94109


Manuel J Nic Puc
402 Broadway
San Francisco, CA 94133


Manuel Ortega
50 Turk Street
San Francisco, CA 94102-2808


Marco Pacheco
305 Hyde Street Apt 206
San Francisco, CA 94109

Marcos Andrade
3294 26th St
San Francisca, CA 94110


Marcos Antonio Sanchez
3331 B 17th Street
San Francisco, CA 94110


Maria Castro Jimenez
455 Eddy St Apt 1204
San Francisco, CA 94109


Maria Lopez
610 Clement St Apt 2
San Francisco, CA 94118


Maria Reyes
1030 Post Street
San Francisco, CA 94109


Maricruz Moreno
5811 Mission St Apt 2
San Francisco, CA 94112


Mario Briceno
174 Turk St
San Francisco, CA 94102


Mark J Smallhoover
27 Calle Este
Walnut Creek, CA 94597

Martha G Aladana
690 Gigar Street
San Francisco, CA 94134


Matagrano, Inc.
Attn: Current Officer
25858 Clawiter Road
Hayward, CA 94545


Mateusz Bohdzia
7700 Geary Blvd Apt 102
San Francisco, CA 94121


Mateusz W Bohdzia
7700 Greary Blvd Apt 102
San Francisco, CA 94121


Matthew J Donnellan
270 Turk Street
San Francisco, CA 94102


Matthew J Femiani
730 22nd St Apt 33
San Francisco, CA 94107


Matthew Rivas
909 Welburn Ave
Gilroy, CA 95020


Megan H Henderson
405 33rd Ave Apt 306
San Francisco, CA 94121

Megan Wysong
2160 Van Ness Avenue
San Francisco, CA 94109-2553


Melissa Saccoman
83 El Portal Way
Daly City, CA 94015-1044


Michael Tapia
2255 Vallejo Street
San Francisco, CA 94123


Miguel Vega
281 14th St
San Francisco, CA 94103


Mira Chavez Lewis
1275 Washington Street
San Francisco, CA 94108


Mirna Perez
2667 Harrison Street
San Francisco, CA 94110


Modesto Foods
Attn: Current Officer
30611 San Antonio st.,
hayward, CA 94544


Mollie E Rinaldi
2027 Lincoln Way
San Francisco, CA 94122

Morris Distributing
Attn: Current Officer
PO Box 5699
petaluma, CA 94955


Nathan Floyd
47 South Park Street
San Francisco, CA 94107


Nathaniel Fonseca
1496 28th Avenue
San Francisco, CA 94122


Nicholas Gehlken
1025 Jackson Street
San Francisco, CA 94133


Nicole Herold
508 Larkin Street
San Francisco, CA 94102


Nicole Kelly
1240 9th Avenue
San Francisco, CA 94122-2307


Nolan Trickey
1591 Jackson Street
San Francisco, CA 94109


Norma Cortez De Duenas
1591 Stillwell Rd Apt 1
San Francisco, CA 94129

Norma Delgado
1591 Stilwell Rd Apt I
San Francisco, CA 94129


Obed Isai Ix Aguilar
2667 Harrison Street
San Francisco, CA 94110-3317


Oliver McCrum Wines
Attn: Current Officer
545 Sanchez St.
San Francisco, CA 94114


Olivia Eidt
622 23rd Avenue
San Francisco, CA 94121-3709


optimum Green Cleaning
Attn: Current Officer
350 Industrial Way,
Brisbane, CA 94005


Original pattern
Attn: Current Officer
292 4th St, 292 4th St
Oakland, CA 94607


Orlando Cervantes Chi
50 Turk Street
San Francisco, CA 94102


Oscar Ramirez
334 Leavenworth Street
San Francisco, CA 94102

Osman Tekin
650 Head St
San Francisco, CA 94132


Pablo Enrique Euan Ramirez
817 Clement
San Francisco, CA 94118


Pacific Gourmet
Attn: Current Officer
380 Valley Drive
Brisbane, CA 94005


Panoramo bakery
Attn: Current Officer
500 Florida St,
San Francisco, CA 94110


Parafin, Inc. (aka DoorDash)
Attn: Current Officer
301 Howard Street, Suite 1500
San Francisco, CA 94105


Patrick Thomas
1515 Sutter Street
San Francisco, CA 94109


Pedro Ismael Chan Canche
60 Leavenworth Street
San Francisco, CA 94102


Polk & Green Investments, L.P.
Attn: Managing Partner
3951 Franke Lane
Lafayette, CA 94549

Priscila Olivares Varela
180 Stratford Drive
San Francisco, CA 94132


Project Pizza Noe LLC
Attn: Managing Member
4042 24th Street
San Francisco, CA 94114


Project Pizza Sunset LLC
Attn: Managing Member
1245 9th Avenue
San Francisco, CA 94112


Project Pizza, LLC
Attn: Managing Member
2339 Clement Avenue
San Francisco, CA 94121


Rachel L Marino
1384 Green Street
San Francisco, CA 94109


Rafael Arroyo
55 Gustafson Court
Novato, CA 94947


Rafael Dzib Medina
222 Taylor St
San Francisco, CA 94102


Randy S Pablo
393 Barbara Lane
Daly City, CA 94015

Raul Bueso
13 Poncetta Drive
Daly City, CA 94015


Recology
Attn: President/Officer
50 California St. 24th Fl
San Francisco, CA 94111


Regal Wine company
Attn: Current Officer
PO Box 2160,
Windsor, CA 95492


Reilly McMahan
2432a Folsom St
San Francisco, CA 94118


Retail Capital LLC
c/o Austin Miller
1501 W. Fountainhead Pkwy, Suite 630
Tempe, AZ 85282


Retail Capital LLC
c/o Amanda Garcia, Agent
3300 N. Brand Blvd.
Glendale, CA 91203


Retail Capital LLC dba Credibly
Attn: Managing Member
25200 Telegrpah Rd. #350
Southfield, MI 48033


Revel wines
Attn: Current Officer
PO Box 11106,
Oakland, CA 94611

Rheanna Binkley
1400 La Playa St Apt 7
San Francisco, CA 94122


Ricardo Chan Sulub
2338 Polk Street
San Francisco, CA 94109


RNDC (Republic National Distributing Co)
Attn: Current Officer
PO Box743564
Los Angeles, CA 90074


Roberto Santis
465 Ellis St Apt 206
San Francisco, CA 94102


Rochelle S Schott
868 Waller Street
San Francisco, CA 94117


Rodolfo Galos
3280 San Jose Ave
Daly City, CA 94014


Rodrigo Gongora
1345 CALIFORNIA ST
SAN FRANCISCO, CA 94109


Roger Briceno Zumarra
731 Andover Street
San Francisco, CA 94110-6017

Roger Gomez Magana
857 Ellis St Apt 9
San Francisco, CA 94109


Rosendo A May
490 Eddy Street
San Francisco, CA 94109


Rosendo Martin Gonzlez Peralta
2488 21st St
San Francisco, CA 94116


Rudy Pacheco
888 OFarrell Street APT 304
San Francisco, CA 94109


Ryan Jasielum
2377 21st Ave
San Francisco, CA 94116


Salvador Duenas
1591 Stilwell Rd Apt 1
San Francisco, CA 94129


Samantha Burdette
5128 Geary Ave
San Francisco, CA 94121


Samia Bouallegue
509 20th St
San Francisco, CA 94121

Sandra Perez
718 Virginia St
Vallejo, CA 94590


Santos Felipe Dominguez Dzul
146 Macallister Street
San Francisco, CA 94102


Sayra Perez
2667 Harrison Street
San Francisco, CA 94110


Sean Sieling
475 30th Avenue
San Francisco, CA 94121-1725


Sergio Brand
801 Paris St
San Francisco, CA 94112


Sergio Pelaez
553 19th St
Richmond, CA 94801


SF Pizza Slingers LLC
Attn: Boris Nemchenok
1185 Rhode Island St.
San Francisco, CA 94107


Shelby Finder
2163 40th Ave
San Francisco, CA 94116

Silvia Garcia
206 Harold Ave
San Francisco, CA 94112-2336


Silvia Velasquez
455 Eddy Street
San Francisco, CA 94109


Siobhan Willing
3428 16th Street
San Francisco, CA 94114


Skurnik Wines West
Attn: Current Officer
PO Box 421,
Syosset, NY 11791


Sofia Silva
12 Camp St
San Francisco, CA 94110


Southern Glazers of No Ca
Attn: Current Officer
PO Box 5001 ~ 33321 Dowe Avenue
Union City, CA 94587


Springboard Wine Company
Attn: Current Officer
PO Box 8525
Pasadena, CA 91109


Stefany Vargas
775 McAllister Street
San Francisco, CA 94102

Stephanie Miranda
1615 Overstreet Street
Tallahassee, FL 32304


Stripe, Inc.
Attn: Current Officer
354 Oyster Point Boulevard
South San Francisco, CA 94080


Tara Bretzfelder
4551 California Street
San Francisco, CA 94118-1214


The Avenues Hospitality Group Inc
Attn: Boris Nemchenok, CEO
1185 Rhode Island St.
San Francisco, CA 94107


The chefs Warehouse West Coast LLC
Attn: Current Officer
1250 Whipple Road,,
Union City, CA 94587


Theresa Holland
3345 Anza Street
San Francisco, CA 94121


Tyler Colombo
741 Kansas St Apt 5
San Francsico, CA 94107


Tyler Schubert
230 Farrell Drive
Forestville, CA 95436

U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105


Ulises Lemus Galo
3280 San Jose Avenue
Daly City, CA 94014


Vasni Calderon
2152 Bayshore Boulevard
San Francisco, CA 94134


Vasyl Oleinykav
436 27th Avenue
San Francisco, CA 94121


Vicente May
1917 Mission Street
San Francisco, CA 94103


Victor E Hernandez
2350 Clement Street Apt 1
San Francisco, CA 94121


Victor Galo
109 Lobos Street
San Francisco, CA 94112


Victor Hugo Rivera
130 Eddy Street Apt 204
San Francisco, CA 94102

Vinifera Imports
Attn: Current Officer
13273 Barton Circle
Whittier, CA 90605


Walter Noe Couoh Cauich
331 9th St
San Francisco, CA 94118


Wilberth Jesus Ravon Farfan
350 Turk St Apt 1604
San Francisco, CA 94102


William Kuk Tep
307 Capp St Apt1
San Francisco, CA 94110


William Popa
3801 Irving Street
San Francisco, CA 94122


Wilson Ortega
270 Shoreline Highway
Mill Valley, CA 94941


Zulma Ambrosio
2060 Mission Street
San Francisco, CA 94110

# United States Bankruptcy Court
## Northern District of California

In re **Project Pizza Polk LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Project Pizza Polk LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 2, 2025**

Date

**/s/ Matthew D. Metzger**

**Matthew D. Metzger 240437**

Signature of Attorney or Litigant

Counsel for **Project Pizza Polk LLC**

**Belvedere Legal, PC**
**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
**415-513-5980 Fax:415-513-5985**
**info@belvederelegal.com**